

**ORIGINAL**

ntc bkrptcy toro
Of Counsel:
ROBBINS & ASSOCIATES
Attorneys at Law
A Law Corporation

KENNETH S. ROBBINS         1000-0
LEIGHTON M. HARA           7826-0
WENDY M. YAMAMOTO          8049-0
2200 Davies Pacific Center
841 Bishop Street
Honolulu, Hawaii 96813
Telephone: (808) 524-2355
Facsimile: (808) 526-0290
E-mail: defend@robbinsandassociates.net

Special Appearance for
Defendant ARTER & HADDEN, LLP

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

   2 7 2005

at ___ o'clock and ___ min. ___M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| IN RE:<br>HAWAII STATE ASBESTOS CASES<br><br>GEORGE H. TORO and VIVIAN TORO;<br><br>ZEKE H. SAKURAI and MASAE SAKURAI;<br><br>LOLITA F. APO, individually and as Special Administrator of the Estate of JOHN K. APO, deceased;<br><br>VIOLET MAII, individually and as Special Administrator of the Estate of SAMUEL K. MAII, deceased; | CIVIL NO. CV03-00326 REJ KSC<br><br>NOTICE OF BANKRUPTCY FILING BY DEFENDANT ARTER & HADDEN, LLP; EXHIBIT "A"; CERTIFICATE OF SERVICE<br><br><br><br>TRIAL: NOT YET SCHEDULED<br>JUDGE: ROBERT E. JONES<br>    Chief U.S. District<br>    Judge |

|  |  |
|---|---|
| Plaintiffs, | ) |
|  | ) |
| vs. | ) |
|  | ) |
| 1) COMBUSTION ENGINEERING, INC., a Delaware corporation; | ) |
|  | ) |
| 2) ABB, LTD., a foreign corporation, as Successor-in-Interest to COMBUSTION ENGINEERING, INC., a Delaware corporation; | ) |
|  | ) |
| 3) ASEA BROWN BOVERI, LTD., a foreign corporation, as Successor-in-Interest to COMBUSTION ENGINEERING, INC., a Delaware corporation; | ) |
|  | ) |
| 4) ASEA BROWN BOVERI, INC., a Delaware corporation, as Successor-in-Interest to COMBUSTION ENGINEERING, INC., a Delaware corporation; | ) |
|  | ) |
| 5) TRAVELERS INSURANCE COMPANY, a Connecticut corporation; | ) |
|  | ) |
| 6) TRAVELERS INDEMNITY COMPANY, a Connecticut corporation; | ) |
|  | ) |
| 7) ARTER & HADDEN, LLP; | ) |
|  | ) |
| 8) ROBERT B. PRESTON, an individual; | ) |
|  | ) |
| 9) FRANK T. CHRISTENSON, an individual; | ) |

| | |
|---|---|
| 10) CONNECTICUT VALLEY CLAIMS SERVICES COMPANY, INC., a Delaware corporation; | ) ) ) ) |
| 11) JOHN P. BRETT, an individual; | ) ) ) |
| 12) CHAR HAMILTON CAMPBELL & THOM, Attorneys At Law, A Law Corporation; | ) ) ) ) ) |
| Defendants. | ) ) ) |

## NOTICE OF BANKRUPTCY FILING BY DEFENDANT ARTER & HADDEN, LLP

TO:  1.  The United States District Court for the District of Hawaii;

     2.  All parties and counsel.

NOTICE IS HEREBY PROVIDED that on October 6, 2003, Defendant ARTER & HADDEN, LLP filed a voluntary petition for relief under Chapter 7 of the Bankruptcy Code (Title 11, United States Code), and commenced Bankruptcy Case No. 03-23293-rb in the United States Bankruptcy Court, Northern District of Ohio. Attached hereto as Exhibit "A" and incorporated herein by reference is a true and correct copy of the "Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines" filed therein on or about January 12, 2004.

NOTICE IS HEREBY PROVIDED of the provisions of 11 U.S.C. Section 362(a) which establish various automatic stays that **prohibit** actions against

Defendant ARTER & HADDEN, LLP, any property owned by it, any property in its possession and/or control, and its debtor's estate in the Bankruptcy Case.

This special appearance is made only for the purpose of notifying the parties and this Honorable Court that said entity has commenced a bankruptcy case. The undersigned is not entering an appearance for any other purpose with respect to Arter & Hadden, LLP.

DATED: Honolulu, Hawaii, DEC 27 2005 _____.

_____
KENNETH S. ROBBINS
LEIGHTON M. HARA
WENDY M. YAMAMOTO

Special Appearance for
Defendant ARTER & HADDEN, LLP

Civil No. CV03-00326 REJ KSC; Toro, et al. v. Combustion Engineering, Inc., et al.; NOTICE OF BANKRUPTCY FILING BY DEFENDANT ARTER & HADDEN, LLP

4

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| IN RE:<br>HAWAII STATE ASBESTOS CASES<br><br>LORENZO BACLAAN and NAOMI BACLAAN;<br><br>ELEANOR C. BENEDICT, individually and as Special Administrator of the Estate of FRANCIS BENEDICT, deceased;<br><br>PETER M.Y. KIM and LIDA MAE KIM;<br><br>Plaintiffs,<br><br>v.<br><br>1) COMBUSTION ENGINEERING, INC., a Delaware corporation;<br><br>2) ABB, LTD., a foreign corporation, as Successor-in-Interest to COMBUSTION ENGINEERING, INC., a Delaware corporation;<br><br>3) ASEA BROWN BOVERI, LTD., a foreign corporation, as Successor-in-Interest to COMBUSTION ENGINEERING, INC., a Delaware corporation;<br><br>4) ASEA BROWN BOVERI, INC., a | CIVIL NO. CV03-00326 REJ KSC<br><br>CERTIFICATE OF SERVICE |



Delaware corporation, as Successor-in-Interest to COMBUSTION ENGINEERING, INC., a Delaware corporation;

5) TRAVELERS INSURANCE COMPANY, a Connecticut corporation;

6) TRAVELERS INDEMNITY COMPANY, a Connecticut corporation;

7) ARTER & HADDEN, LLP;

8) ROBERT B. PRESTON, an individual;

9) FRANK T. CHRISTENSON, an individual;

10) CONNECTICUT VALLEY CLAIMS SERVICES COMPANY, INC., a Delaware corporation;

11) JOHN P. BRETT, an individual;

12) CHAR HAMILTON CAMPBELL & THOM, Attorneys At Law, A Law Corporation;

                    Defendants.

2

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing NOTICE OF BANKRUPTCY FILING BY DEFENDANT ARTER & HADDEN, LLP was duly served on the following persons, at their last known addresses, by U.S. Mail, postage prepaid on DEC 27 2005 _____:

L. RICHARD DeROBERTIS, ESQ.
Galiher DeRobertis Nakamura Ono Takitani
610 Ward Avenue, Suite 200
Honolulu, Hawaii 96814

Attorneys for Plaintiffs

JEFFREY S. PORTNOY, ESQ.
THEODORE D.C. YOUNG, ESQ.
Cades Schutte
1000 Bishop Street, Suite 1200
Honolulu, Hawaii 96813


CHET A. KRONENBERG, ESQ.
DEBORAH L. STEIN, ESQ.
Simpson Thacher & Bartlett LLP
1999 Avenue of the Stars, 29th Floor
Los Angeles, California 90067-4607

BARRY R. OSTRAGER, ESQ.
ANDREW T. FRANKEL, ESQ.
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, New York 10017-3954

Attorneys for Defendants
TRAVELERS INSURANCE COMPANY and
TRAVELERS INDEMNITY COMPANY

MARC P. GERTZ, ESQ.
Goldman - Rosen, Ltd.
11 S. Forge Street
Akron, Ohio  44304

Bankruptcy Trustee

DATED:  Honolulu, Hawaii, _____ DEC 27 2005 _____.

_____
KENNETH S. ROBBINS
LEIGHTON M. HARA
WENDY M. YAMAMOTO

Special Appearance for
Defendant ARTER & HADDEN, LLP

Civil No. CV03-00326 REJ KSC; Toro, et al. v. Combustion Engineering, Inc., et al.; CERTIFICATE OF SERVICE (NOTICE OF BANKRUPTCY FILING BY DEFENDANT ARTER & HADDEN, LLP)

4