Form ohnb227c (Chapter 7 Corporation/Partnership No Asset Case) (9/03)  Case Number 03-23293-rb

# UNITED STATES BANKRUPTCY COURT
## Northern District of Ohio

## Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 7 bankruptcy case concerning the debtor Partnership listed below was filed on October 6, 2003.

You may be a creditor of the debtor. You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice. For more information regarding the U.S. Bankruptcy Court for the Northern District of Ohio, Local Rules, Bankruptcy Code, Public Access, Forms and other information you may refer to our web page located at www.ohnb.uscourts.gov.

### See Reverse Side For Important Explanations.

**Debtor(s) (name(s) and address):**
Arter&Hadden
925 Euclid Ave
Huntington Bldg
#1100
Cleveland, OH 44115-1475

| Case Number: | Taxpayer ID Nos.: |
|---|---|
| 03-23293-rb | |

| Attorney for Debtor(s) (name and address): | Bankruptcy Trustee (name and address): |
|---|---|
| Ryan Routh | Marc P Gertz |
| Jones Day | Goldman-Rosen, Ltd. |
| 901 Lakeside Ave. | 11 S Forge St |
| Cleveland, OH 44114 | Akron, OH 44304 |
| Telephone number: (216)586-3939 | Telephone number: (330) 376-8336 |

### Meeting of Creditors:

Date: February 5, 2004    Time: 10:00 AM
Location: BP Tower Building, 200 Public Square, 2nd Floor – US Dept of Justice, Cleveland, OH 44114

### Creditors May Not Take Certain Actions:

The filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized.

### Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

| Address of the Bankruptcy Clerk's Office: | For the Court: |
|---|---|
| United States Bankruptcy Court | Clerk of the Bankruptcy Court: |
| Suite 3001, Key Tower | Kenneth J. Hirz |
| 127 Public Square | |
| Cleveland, OH 44114 | |
| Telephone number: (216)522-4373 | |
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: January 12, 2004 |

EXHIBIT A

# EXPLANATIONS

Form ohnb227c (9/03)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| Creditors May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; and starting or continuing lawsuits or foreclosures. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor's representative must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts at the bankruptcy clerk's office. |
| Legal Advice | The staff of the bankruptcy clerk's office cannot give legal advice. You may want to consult an attorney to protect your rights. |

Copy requests: $26.00 search fee and $.50 per page required in advance
Make checks payable to Clerk, US Bankruptcy Court
Self addressed, stamped envelope required. Pages in Schedules D, E, and F:

—— Refer to Other Side for Important Deadlines and Notices ——