IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| In re | ) | |
| ARTER & HADDEN, LLP, | ) | Chapter 7 |
| | ) | |
| Debtor | ) | Case No. 03-23293 |
| | ) | |
| ———————————————— | ) | |
| | ) | |
| MARC P. GERTZ, TRUSTEE, | ) | |
| | ) | |
| Movant | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | |
| LORENZO BACLAAN and CLAIMANTS | ) | |
| LISTED ON ATTACHED EXHIBIT "A" | ) | |
| | ) | |
| Respondents. | ) | |

## STIPULATION REGARDING TRUSTEE'S
## FIRST OMNIBUS OBJECTION TO CLAIMS


This Stipulation made and entered into by and between MARC P. GERTZ, as Trustee

("Trustee"), by his counsel, Robert S. Bernstein, Esq., and the Respondents

("Claimants") by their counsel, Galiher DeRobertis Ono Law Corps.:


WHEREAS, some or all of the Claimants are parties to certain Civil Actions filed in The

United States District Court for the District of Hawaii at CV03-00325 and CV03-00326

(the "Hawaii Actions"); and

WHEREAS Claimants filed the Claims listed on Exhibit A to the Trustee's First Omnibus Objection to Claims; and

WHEREAS, Trustee has filed Objections to the Claims (the "Objections") on various grounds; and

WHEREAS, it appears to the parties there is a Minidom Professional Liability insurance policy (No 1015-00) (the "Policy") under which Columbia Casualty Company, St. Paul Surplus Lines Insurance Company, and Nutmeg Insurance Company (the "Insurers") have been providing defense of the Hawaii Action(s) and which is available to indemnify the Debtor and the Estate for the Claims; and

WHEREAS, prior to and after the filing of the Involuntary Petition in this matter, the Insurers were providing a defense for the Debtor and other in respect of the Hawaii Actions, for some or all of the Claims; and

WHEREAS, the parties seek to resolve the Objections on grounds suitable to their respective interests;

NOW, THEREFORE, the parties hereto agree as follows:

1.  All of the Claims listed on Exhibit A to the Objections shall be disallowed in their entirety, without prejudice to the Claimants to proceed in accordance with this Stipulation.

2.  Since the aforementioned Policy and the Insurers have undertaken to defend and indemnify the Debtor and the Estate from the Claims, The Automatic Stay shall be terminated to permit Claimants to pursue their remedies in State or Federal court, but only to the extent of insurance coverage, if any, and not against any other assets of the Debtor or the Estate. Nothing herein shall prevent the Trustee or other representatives of the debtor or the estate from pursuing insurance coverage.

Made and entered into as of the _____ day of _____, 200___.


Trustee                                  Claimants



By:_____              By:_____
      Robert S. Bernstein, Esq.                 L. Richard DeRobertis, Esq.
      PA ID 34308                               HI ID 3179
      Bernstein Law Firm, P.C.                  Galiher DeRobertis Ono
      2200 Gulf Tower                           Law Corps.
      707 Grant St.                             610 Ward Ave.
      Pittsburgh, PA  15219                     Honolulu, HI  96814
      412-456-8100                              808-597-1400
      412-456-8135 (fax)                        808-591-2608 (fax)

3

**Name of Debtor: Arter and Hadden; Case Number 03-23293-rb**
**Proof of Claim - List of Claimants**

| No. | Last Name | First Name | Middle |
|-----|-----------|------------|--------|
| 1 | Abalos | Demetrio | D |
| 2 | Abbatuan | Inocencio | L |
| 3 | Abe | Nobue | |
| 4 | Abero | Manuel | A |
| 5 | Abilla | Gordon | |
| 6 | Abilla | Harry | |
| 7 | Abinoha | Albert | |
| 8 | Abregano | Zacarias | J |
| 9 | Abrigo | Cipriano | P |
| 10 | Acain | William | A |
| 11 | Achong | Herman | R |
| 12 | Achong | Herman | |
| 13 | Acierto | Alan | B |
| 14 | Acol | Anita | |
| 15 | Acosta | Lorito | |
| 16 | Acosta | Melvin | |
| 17 | Adams | Stanley | E |
| 18 | Adric | Douglas | S |
| 19 | Adric, Sr. | Douglas | S |
| 20 | Afalava | Suitofiga | |
| 21 | Afoa | Wilson | |
| 22 | Afuso | Roy | K |
| 23 | Afuso | Roy | |
| 24 | Agabin | Douglas | F |
| 25 | Agao | Manuel | |
| 26 | Agatonu | Satini | |
| 27 | Agbayani | Roque | A |
| 28 | Agbayani | Roque | |
| 29 | Agena | George | K |
| 30 | Agoo | Benjamin | |
| 31 | Agricola | Lawrence | P |
| 32 | Agricola | Lawrence | |
| 33 | Aguiar | Daniel | |
| 34 | Aguilar | Larry | M |

**Name of Debtor: Arter and Hadden; Case Number 03-23293-rb**
**Proof of Claim - List of Claimants**

| No. | Last Name | First Name | Middle |
|-----|-----------|------------|--------|
| 35 | Agustin | Pedro | |
| 36 | Agustin | Pedro | L |
| 37 | Ah Sam, Sr. | Gilbert | S |
| 38 | Ah You | Larry | |
| 39 | Ahia | Henry | H |
| 40 | Ahsam | Gilbert | |
| 41 | Ahsing | George | |
| 42 | Aikala, Jr. | David | |
| 43 | Aikau | James | K |
| 44 | Aipopo | Sau | |
| 45 | Aiu | Benjamin | |
| 46 | Ajifu | Michael | T |
| 47 | Akaka | Joseph | |
| 48 | Akaka, Sr. | Joseph | K |
| 49 | Akana | Clarence | |
| 50 | Akana | Clifford | M |
| 51 | Akana | Clifford | |
| 52 | Akana | Wayne | S |
| 53 | Akana | Wayne | |
| 54 | Akers | Vernon | S |
| 55 | Akers | Vernon | |
| 56 | Aki | Lawrence | |
| 57 | Akim, Jr. | Peter | P |
| 58 | Akina | Bertram | |
| 59 | Akina | Charles | T |
| 60 | Akina | Charles | TH |
| 61 | Akui | David | M |
| 62 | Akui | William | |
| 63 | Alama | Stanley | |
| 64 | Alama, Sr. | Stanley | |
| 65 | Alameida | Clarence | |
| 66 | Alarcon | Benjamin | |
| 67 | Albez | Peter | L |
| 68 | Alcover | Wilfred | |

**Name of Debtor:  Arter and Hadden; Case Number 03-23293-rb**
**Proof of Claim - List of Claimants**

| No. | Last Name | First Name | Middle |
|---|---|---|---|
| 69 | Alejado | Benceslao | |
| 70 | Alejandro | Isedoro | A |
| 71 | Alejo | Benjamin | |
| 72 | Alexander | Francis | BM |
| 73 | Alexander | Thomas | C |
| 74 | Alexander | Thomas | Charles |
| 75 | Aligado | Cornelio | P |
| 76 | Aligado | Cornelio | |
| 77 | Aliviado, Sr. | Herbert | |
| 78 | Allen | Freeman | H |
| 79 | Allen | Freeman | |
| 80 | Almeida | George | R |
| 81 | Almeida | Joseph | P |
| 82 | Almeida | Raymond | H |
| 83 | Alo | Nofotolu | I |
| 84 | Alo | Nufatable | |
| 85 | Alofaituli | Seuseu | |
| 86 | Amamalin | William | H |
| 87 | Amamalin | William | |
| 88 | Amasiu | Douglas | I |
| 89 | Amasol | Rodolfo | |
| 90 | Ambler | Ralph | E |
| 91 | Ambler | Ralph | |
| 92 | Ambrose | John | S |
| 93 | Amerino | Raymond | C |
| 94 | Amerino | Raymond | |
| 95 | Amion | Ricardo | |
| 96 | Amorine | Eugene | M |
| 97 | Amper, Sr. | Eleuterio | |
| 98 | Amundsen | Walter | |
| 99 | Amundson | George | S |
| 100 | Anderson | David | MK |
| 101 | Anderson | David | |
| 102 | Anderson | George | J |

**Name of Debtor: Arter and Hadden; Case Number 03-23293-rb**
**Proof of Claim - List of Claimants**

| No. | Last Name | First Name | Middle |
|-----|-----------|------------|--------|
| 103 | Anderson | John | A |
| 104 | Anderson, III | William | Dwight |
| 105 | Andrade | Frank | |
| 106 | Angell | Lowell | S |
| 107 | Angell | Willard | |
| 108 | Anguay | Harold | |
| 109 | Anjo | Robert | L |
| 110 | Anoai | Tumua | |
| 111 | Anzai | Tadashi | |
| 112 | Aoki | Harry | |
| 113 | Apisa | Tai | |
| 114 | Apo | Edward | |
| 115 | Apo | John | K |
| 116 | Apo | Richard | E |
| 117 | Apo | Richard | |
| 118 | Aque | Patricio | |
| 119 | Aque, Sr. | Patricio | F |
| 120 | Aragon | Vicente | |
| 121 | Arakahi | Koji | |
| 122 | Arakaki | Al | K |
| 123 | Arakawa | George | H |
| 124 | Arakawa | George | |
| 125 | Arakawa | Hideo | |
| 126 | Arbitrario | Pablo | |
| 127 | Arias | Teodorico | |
| 128 | Arimoto | Richard | Y |
| 129 | Arita | Thomas | T |
| 130 | Arita | Thomas | |
| 131 | Arnott | Willard | J |
| 132 | Asato | Daniel | T |
| 133 | Asato | Henry | |
| 134 | Asato | Rikio | |
| 135 | Ash | Arnold | C |
| 136 | Ashby | Thomas | F |

Name of Debtor:  Arter and Hadden; Case Number 03-23293-rb
Proof of Claim - List of Claimants

| No. | Last Name | First Name | Middle |
|-----|-----------|------------|--------|
| 137 | Asuncion | Julio | |
| 138 | Asuncion | Julio | S |
| 139 | Atabay | Leonard | |
| 140 | Atanes | Jose | |
| 141 | Atkinson | Lawrence | H |
| 142 | Atkinson | Lawrence | |
| 143 | Au | Harry | LS |
| 144 | Au | Harry | S |
| 145 | Au | Harry | |
| 146 | Au | Harvey | K |
| 147 | Au | Harvey | KM |
| 148 | Au | Wilfred | KW |
| 149 | August | Harold | |
| 150 | August | Manuel | L |
| 151 | August | Manuel | |
| 152 | Aukai | Joseph | |
| 153 | Auwae | Edmund | |
| 154 | Aviles | Albert | E |
| 155 | Awo | Paul | |
| 156 | Azevedo | Robert | |
| 157 | Baba | Herman | Satoru |
| 158 | Baclaan | Gulielmus | |
| 159 | Baclaan | Ignacio | |
| 160 | Baclaan | Lorenzo | |
| 161 | Bacnis | Walter | W |
| 162 | Badua | Bienvenido | |
| 163 | Badua | Filomeno | |
| 164 | Badua, Jr. | Filomeno | |
| 165 | Bae | Benjamin | |
| 166 | Bae | Benjamin Beu | |
| 167 | Bagaforo | Frank | S |
| 168 | Bagaforo | Frank | |
| 169 | Bagor | Richard | F |
| 170 | Bagor | Richard | |

Name of Debtor:  Arter and Hadden; Case Number 03-23293-rb
Proof of Claim - List of Claimants

| No. | Last Name | First Name | Middle |
|-----|-----------|------------|--------|
| 171 | Bailey, Jr. | James | |
| 172 | Bajcar | Victor | E |
| 173 | Baker | Francis | |
| 174 | Baker | Levester | |
| 175 | Baldes | Raymond | M |
| 176 | Baldes | Raymond | Michael |
| 177 | Balecha | Proceso | M |
| 178 | Balecha, Sr. | Proceso | M |
| 179 | Balga | Frank | F |
| 180 | Baligad | Rubert | |
| 181 | Ballesteros | Rosalino | S |
| 182 | Ballesteros | Rosalino | |
| 183 | Banks | Alvin | D |
| 184 | Banks | Alvin | |
| 185 | Baptis | Joe | M |
| 186 | Baptist | Ernest | |
| 187 | Baptist | Ernest | |
| 188 | Baptista | Joseph | |
| 189 | Baptista | Venancio | L |
| 190 | Baptiste | Venancio | |
| 191 | Barcelona | Juan | |
| 192 | Barnette | William | |
| 193 | Barona | Joseph | D |
| 194 | Barona | Joseph | Dwight |
| 195 | Barro | Aurelio | |
| 196 | Barts | Clyde | T |
| 197 | Barts | Clyde | |
| 198 | Batallia | Pablo | U. |
| 199 | Batallia | Pablo | |
| 200 | Batalon | Alfred | S |
| 201 | Batalon | Alfredo | S |
| 202 | Battenberg | Ronald | F |
| 203 | Battung | Eustaquio | T |
| 204 | Batungbacal | Francisco | |

Name of Debtor:  Arter and Hadden; Case Number 03-23293-rb
Proof of Claim - List of Claimants

| No. | Last Name | First Name | Middle |
|-----|-----------|------------|--------|
| 205 | Bee | Albert | |
| 206 | Bee | Elina | K |
| 207 | Begonia | Pedro | |
| 208 | Belaski | Raymond | F |
| 209 | Belaski, Sr. | Raymond | F |
| 210 | Bell | Tom | |
| 211 | Benabese | Jose | T |
| 212 | Benedict | Francis | |
| 213 | Benevides | Manuel | P |
| 214 | Benito | Julio | |
| 215 | Benoza, Jr. | Richard | |
| 216 | Benson | Robert | |
| 217 | Benton | James | C |
| 218 | Benton | James | |
| 219 | Benzon | Benny | K |
| 220 | Benzon | Frederick | |
| 221 | Benzon | Frederick | A |
| 222 | Beralas | Tito | |
| 223 | Berengue | Melvin | |
| 224 | Bergman | Edward | H |
| 225 | Bermoy | William | |
| 226 | Bernadino | August | A |
| 227 | Bernard | Delbert | |
| 228 | Bernard | Martin | P |
| 229 | Bernard | Moses | |
| 230 | Bernardino | August | A |
| 231 | Besas, Jr. | Vicente | H |
| 232 | Bettencourt | Calvin | G |
| 233 | Bettencourt | Eugene | |
| 234 | Bettencourt, Jr. | Calvin | G |
| 235 | Beutler | Robert | H |
| 236 | Biano | Eddie | R |
| 237 | Biano | Eddie | Rondolos |
| 238 | Bibilone | Esteban | M |

**Name of Debtor:  Arter and Hadden; Case Number 03-23293-rb**
**Proof of Claim - List of Claimants**

| No. | Last Name | First Name | Middle |
|-----|-----------|-----------|--------|
| 239 | Bigham | Thomas | H |
| 240 | Billaber | Joseph | M |
| 241 | Billaber | Joseph | |
| 242 | Birt | Joe | R |
| 243 | Birt | Joe Ray | |
| 244 | Bishaw | Jack | |
| 245 | Bjornholm | George | R |
| 246 | Bjornholm | George | Richard |
| 247 | Blackmore | William | P |
| 248 | Blake | Woodrow | |
| 249 | Blancaflor | Leopoldo | |
| 250 | Blancaflor, Sr. | Leopoldo | |
| 251 | Blaylock | David | K |
| 252 | Boerner | Eugene | F |
| 253 | Boldt | Norbert | F |
| 254 | Boles | Robert | W |
| 255 | Bongolan | Bartholome | |
| 256 | Bongolan | Bartolome | G |
| 257 | Bonilla | Ernesto | |
| 258 | Bonilla | Ernesto | E |
| 259 | Bontog | Ruberto | |
| 260 | Borden, Jr. | Charles | |
| 261 | Borges, Jr. | George | P |
| 262 | Botelho | Henry | |
| 263 | Botelho | James | Edwin |
| 264 | Botelho | Keith | S |
| 265 | Botelho, Jr. | John | |
| 266 | Boyd | Thomas | |
| 267 | Bradley | Jacob | |
| 268 | Brantley | Alfred | W |
| 269 | Bray | Clement | M . |
| 270 | Brennan | Dean | V |
| 271 | Brine | Herbert | V |
| 272 | Briones | Alfredo | R |

**Name of Debtor:  Arter and Hadden; Case Number 03-23293-rb**
**Proof of Claim - List of Claimants**

| No. | Last Name | First Name | Middle |
|-----|-----------|------------|--------|
| 273 | Broch | John | E |
| 274 | Brown | Archie | |
| 275 | Brown | Francis | K |
| 276 | Brown, Jr. | John | C |
| 277 | Bryant | Fred | C |
| 278 | Buendia | Rufino | T |
| 279 | Buendia | Rufino | Torres |
| 280 | Bueno | Felix | |
| 281 | Bulosan | Teodoro | B |
| 282 | Bulosian | Teodora | |
| 283 | Bumanglag | Ronald | |
| 284 | Burge | Jack | L |
| 285 | Burgess | Herbert | H |
| 286 | Burke | William | R |
| 287 | Burrows | Moses | H |
| 288 | Burrows | Moses | |
| 289 | Bush, Jr. | Albert | M |
| 290 | Bushner | Claude | E |
| 291 | Bustamante | Victor | D |
| 292 | Butler | Walter | M |
| 293 | Cababag | Paciano | L |
| 294 | Caballero | Claudio | |
| 295 | Cabaong | Joseph | E |
| 296 | Cabasag | Manuel | |
| 297 | Cabato | Arcenio | C |
| 298 | Cabato | Kenneth | L |
| 299 | Cabebe | Pedro | S |
| 300 | Cablay | Rafael | C |
| 301 | Cablay | Rafael | |
| 302 | Cachola | Ronald | R |
| 303 | Caderao | Pacondo | |
| 304 | Caetano | John | |
| 305 | Cafferello | Michael | L |
| 306 | Cahill | Fred | P |

Name of Debtor:  Arter and Hadden; Case Number 03-23293-rb
Proof of Claim - List of Claimants

| No. | Last Name | First Name | Middle |
|-----|-----------|------------|--------|
| 307 | Cain | Kenneth | D |
| 308 | Caires | Raymond | |
| 309 | Caldeira | George | N |
| 310 | Calleon | John | |
| 311 | Caloris | Roy | E |
| 312 | Calotis | Roy | M |
| 313 | Calzo | William | R |
| 314 | Calzo | William | |
| 315 | Camara | Clarence | W |
| 316 | Camara | Edward | |
| 317 | Campos, Jr. | Prudencio | |
| 318 | Canales | Manuel | P |
| 319 | Cancel | Vincent | |
| 320 | Canonizado | Daniel | |
| 321 | Cantero | Lawrence | |
| 322 | Caranto | Edward | Q |
| 323 | Caranto | Edward | |
| 324 | Caravalho | Richard | D |
| 325 | Carbonell | Sur | D |
| 326 | Carey | John | |
| 327 | Carino | Allan | G |
| 328 | Carino | Allan | |
| 329 | Carl | John | L |
| 330 | Carl | John | |
| 331 | Carlstrom | William | |
| 332 | Carpio | Russel | |
| 333 | Carreira | Eugene | |
| 334 | Carter | James | D |
| 335 | Carter | James | |
| 336 | Carvalho | Alfred | J |
| 337 | Carvalho | Alfred | |
| 338 | Carvalho | Clarence | W |
| 339 | Carvalho | Lawrence | B |
| 340 | Carvalho | Manuel | S |

Name of Debtor:  Arter and Hadden; Case Number 03-23293-rb
Proof of Claim - List of Claimants

| No. | Last Name | First Name | Middle |
|---|---|---|---|
| 341 | Carvalho | Marco | S |
| 342 | Carvalho | Marco | |
| 343 | Casamina | Leoncio | C |
| 344 | Caseria, Jr. | Timoteo | S |
| 345 | Castillo | Alfred | J |
| 346 | Castillo | Lawrence | S |
| 347 | Castillo | Ricardo | |
| 348 | Castor | Daniel | |
| 349 | Castro | David | |
| 350 | Castro | Murray | |
| 351 | Castro | Reuben | |
| 352 | Castro | Wilbert | |
| 353 | Castro, Jr. | David | M |
| 354 | Castro, Sr. | Reuben | T |
| 355 | Catao | Mateo | |
| 356 | Catillo | Lawrence | S |
| 357 | Cavaco | Raymond | S |
| 358 | Cazina | Alfred | |
| 359 | Cazinha | Alfred | J |
| 360 | Cha | Walter | C |
| 361 | Chai | David | C |
| 362 | Chai | Yoshiko | |
| 363 | Chan | Simeon | |
| 364 | Chang | Albert | |
| 365 | Chang | Albert | TM |
| 366 | Chang | Dai Sun | |
| 367 | Chang | Doo Sung | |
| 368 | Chang | Edward | TW |
| 369 | Chang | Elton | KC |
| 370 | Chang | Francis | SY |
| 371 | Chang | Francis | |
| 372 | Chang | George | TH |
| 373 | Chang | Gregory | N |
| 374 | Chang | Gregory | |

Name of Debtor:  Arter and Hadden; Case Number 03-23293-rb
Proof of Claim - List of Claimants

| No. | Last Name | First Name | Middle |
|-----|-----------|------------|--------|
| 375 | Chang | Harold | YH |
| 376 | Chang | Harold | |
| 377 | Chang | Harry | F |
| 378 | Chang | Harry | |
| 379 | Chang | Hoo Kin | |
| 380 | Chang | Kong | |
| 381 | Chang | Norman | KC |
| 382 | Chang | Raymond | JF |
| 383 | Chang | Raymond | W |
| 384 | Chang | Raymond | WK |
| 385 | Chang | Raymond | |
| 386 | Chang | Thomas | MC |
| 387 | Chang | Vernon | |
| 388 | Chang | Walter | YC |
| 389 | Chang | William | LYA |
| 390 | Chang | William | |
| 391 | Chase, Sr. | Thane | B |
| 392 | Chatham | James | |
| 393 | Chee | Robert | |
| 394 | Chigawa | James | S |
| 395 | Chin | Albert | YF |
| 396 | Chin | Albert | |
| 397 | Chin | Yin Kyau | |
| 398 | Chinen | George | M |
| 399 | Chinen | Shigeo | |
| 400 | Chineu | Shigeo | |
| 401 | Ching | Alvin | WH |
| 402 | Ching | Alvin | |
| 403 | Ching | Charles | S |
| 404 | Ching | Charles | SY |
| 405 | Ching | Chester | |
| 406 | Ching | David | DC |
| 407 | Ching | Donald | TL |
| 408 | Ching | Donald | |

Name of Debtor:  Arter and Hadden; Case Number 03-23293-rb
Proof of Claim - List of Claimants

| No. | Last Name | First Name | Middle |
|-----|-----------|------------|--------|
| 409 | Ching | Edward | QC |
| 410 | Ching | Francis | KY |
| 411 | Ching | Francis | |
| 412 | Ching | Gilbert | |
| 413 | Ching | Harry | AK |
| 414 | Ching | Harry | B |
| 415 | Ching | Harry | BC |
| 416 | Ching | Iris | |
| 417 | Ching | Iris | W |
| 418 | Ching | Kam Chong | |
| 419 | Ching | Koon Yuen | |
| 420 | Ching | Kooyven | |
| 421 | Ching | Larry | KY |
| 422 | Ching | Larry | YK |
| 423 | Ching | Quon Kin | |
| 424 | Ching | Randal | CF |
| 425 | Ching | Randal | |
| 426 | Ching | Raymond | WK |
| 427 | Ching | Robert | KB |
| 428 | Ching | Roy | YB |
| 429 | Ching | Roy | |
| 430 | Ching | Thomas | |
| 431 | Ching | Wah Sing | |
| 432 | Ching | Wahsing | |
| 433 | Ching | Wallace | WN |
| 434 | Ching | Walter | CW |
| 435 | Ching | Walter | WC |
| 436 | Ching | Walter | |
| 437 | Ching | Willard | CS |
| 438 | Chir | Bernard | |
| 439 | Cho | Douglas | K |
| 440 | Cho | Douglas | |
| 441 | Chock | Paul | WK |
| 442 | Chock | William | FY |

**Name of Debtor:  Arter and Hadden; Case Number 03-23293-rb**
**Proof of Claim - List of Claimants**

| No. | Last Name | First Name | Middle |
|-----|-----------|------------|--------|
| 443 | Choi | Harry | HK |
| 444 | Choi | Harry | |
| 445 | Choi | Richard | S |
| 446 | Choi | Richard | SS |
| 447 | Chong | David | AC |
| 448 | Chong | David | |
| 449 | Chong | Edward | VF |
| 450 | Chong | Edward | |
| 451 | Chong | Harry | FT |
| 452 | Chong | Henry | YF |
| 453 | Chong | Henry | |
| 454 | Chong | Lemuel | SH |
| 455 | Chong | Lemuel | |
| 456 | Chong | Vicki | E |
| 457 | Chong | Vicki | |
| 458 | Chong | William | AW |
| 459 | Chong | William | FO |
| 460 | Chong | William | |
| 461 | Choy | Henry | W |
| 462 | Choy | Henry | WH |
| 463 | Choy | Young Wo | |
| 464 | Choy | Yun | F |
| 465 | Choy | Yun | FY |
| 466 | Chu | Git Sun | |
| 467 | Chu | Henry | CH |
| 468 | Chu | Henry | |
| 469 | Chu | Jack | SY |
| 470 | Chu | Jack | |
| 471 | Chu | Lorrin | FF |
| 472 | Chu | Robert | JM |
| 473 | Chuberko | Frank | |
| 474 | Chun | Bernard | CW |
| 475 | Chun | Charles | YK |
| 476 | Chun | Charles | |

**Name of Debtor: Arter and Hadden; Case Number 03-23293-rb**
**Proof of Claim - List of Claimants**

| No. | Last Name | First Name | Middle |
|-----|-----------|------------|--------|
| 477 | Chun | Chew | N |
| 478 | Chun | Chew Nam | |
| 479 | Chun | Clarence | YG |
| 480 | Chun | Clifford | YW |
| 481 | Chun | Clifford | |
| 482 | Chun | Dai Heong | |
| 483 | Chun | Daniel | |
| 484 | Chun | David | KF |
| 485 | Chun | David | |
| 486 | Chun | Dennis | KP |
| 487 | Chun | Ernest | KT |
| 488 | Chun | Fook | C |
| 489 | Chun | Francis | C |
| 490 | Chun | George | CK |
| 491 | Chun | Herbert | W |
| 492 | Chun | Herbert | WS |
| 493 | Chun | Herbert | YL |
| 494 | Chun | Herbert | |
| 495 | Chun | Hook | |
| 496 | Chun | Kenneth | |
| 497 | Chun | Kenneth | A |
| 498 | Chun | Lawrence | B |
| 499 | Chun | Lawrence | Brian |
| 500 | Chun | Lawrence | SH |
| 501 | Chun | Patsy | |
| 502 | Chun | Raymond | |
| 503 | Chun | Stafford | TK |
| 504 | Chun | Yau Look | |
| 505 | Chun | Young | |
| 506 | Chun, Sr. | Raymond | |
| 507 | Chun-Fook | Clarence | P |
| 508 | Chung | Edward | K |
| 509 | Chung | Edward | |
| 510 | Chung | Francis | KH |

Name of Debtor:  Arter and Hadden; Case Number 03-23293-rb
Proof of Claim - List of Claimants

| No. | Last Name | First Name | Middle |
|-----|-----------|------------|--------|
| 511 | Chung | George | S |
| 512 | Chung | George | |
| 513 | Chung | Milton | MS |
| 514 | Chung | Milton | |
| 515 | Chung | Ronald | K |
| 516 | Chung | Samuel | |
| 517 | Chung | Walter | AY |
| 518 | Chung | Walter | WY |
| 519 | Cintron, Sr. | Mial | M |
| 520 | Clark | William | |
| 521 | Clark, Jr. | William | B |
| 522 | Clement | Edward | G |
| 523 | Clement | Edward | |
| 524 | Cleveland | Stanley | J |
| 525 | Cleveland | Stanley | |
| 526 | Cockett | Benjamin | |
| 527 | Cockett, Jr. | Benjamin | |
| 528 | Cody | James | J |
| 529 | Coelho | Alvin | H |
| 530 | Colon | James | |
| 531 | Colt | Chisolm | T |
| 532 | Coltes | Henry | |
| 533 | Coltes, Jr. | Henry | M |
| 534 | Combis | Valeriano | |
| 535 | Comilang | Sotero | E |
| 536 | Condon, Sr. | Richard | K |
| 537 | Cook | Robert | A |
| 538 | Cook | Robert | A |
| 539 | Cordell | Danny | R |
| 540 | Cordell | Danny | |
| 541 | Corliss | Robert | J |
| 542 | Coronel | David | |
| 543 | Corpuz | Fernando | G |
| 544 | Correa | Freeman | |

**Name of Debtor:  Arter and Hadden; Case Number 03-23293-rb**
**Proof of Claim - List of Claimants**

| No. | Last Name | First Name | Middle |
|-----|-----------|------------|--------|
| 545 | Correa | Louis | |
| 546 | Correa | Melvin | E |
| 547 | Correa, Jr. | Joseph | F |
| 548 | Correia | Joseph | |
| 549 | Correia | Joseph | S |
| 550 | Correia, Jr. | Joseph | S |
| 551 | Corrieo | John | M |
| 552 | Corrieo | John | Moreno |
| 553 | Corvera | Juanito | E |
| 554 | Corvera | Juanito | |
| 555 | Costa | Abel | |
| 556 | Costa | Adam | |
| 557 | Costa | Edward | M |
| 558 | Costa | Edward | |
| 559 | Costa | Ernie | P |
| 560 | Costa | Joseph | J |
| 561 | Costa | Joseph | James |
| 562 | Costa, Jr. | Marion | A |
| 563 | Costa, Jr. | Marion | |
| 564 | Costello | Alfredo | S |
| 565 | Costello | Alfredo | |
| 566 | Cristobal | Maximo | |
| 567 | Crosson | David | |
| 568 | Crowder | Joseph | |
| 569 | Cruz | Charles | P |
| 570 | Cruz | Charles | |
| 571 | Cruz | Frank | |
| 572 | Cruz | Raphael | C |
| 573 | Cummings | Joseph | |
| 574 | Cummins | William | E |
| 575 | Cypher | Clarence | |
| 576 | Dacanay | Marcos | |
| 577 | Daclison | Robert | S |
| 578 | Daguman | Joseph | S |

**Name of Debtor:  Arter and Hadden; Case Number 03-23293-rb**
**Proof of Claim - List of Claimants**

| No. | Last Name | First Name | Middle |
|-----|-----------|------------|--------|
| 579 | Daluson | Dominador | |
| 580 | Dang | Quon Ming | |
| 581 | Dang | Stanley | |
| 582 | Dang | Vera | |
| 583 | Daniels | David | M |
| 584 | Dano | Pedro | |
| 585 | Davacol | Juanito | M |
| 586 | Davis | Charles | S |
| 587 | Davis | Edward | K |
| 588 | Davocol | Juan | Martinez |
| 589 | Dayao | Manuel | D |
| 590 | Dayao | Manuel | |
| 591 | De Coito | August | C |
| 592 | De Guzman | David | A |
| 593 | De Rego | James | |
| 594 | De Rego, Jr. | Frank | K |
| 595 | Debutiaco | Andrew | L |
| 596 | Decaires | Lucille | C |
| 597 | Decaires, Jr. | Gregory | |
| 598 | Decoito | August | |
| 599 | Decorte | Joseph | |
| 600 | Decosta | David | W |
| 601 | Decosta | David | |
| 602 | Decosta | Lesley | |
| 603 | Decristofaro | Victor | J |
| 604 | Defreitas, Sr. | Emmanuel | |
| 605 | Deguair | Louis | W |
| 606 | Deguair | Louis | |
| 607 | Deguzman | David | A |
| 608 | Dela Cruz | Diosdado | |
| 609 | Dela Cruz | Freddie | |
| 610 | Dela Cruz | Hilario | |
| 611 | Dela Cruz | Marcelo | R |
| 612 | Dela Cruz | Marcelo | |

**Name of Debtor:  Arter and Hadden; Case Number 03-23293-rb**
**Proof of Claim - List of Claimants**

| No. | Last Name | First Name | Middle |
|-----|-----------|------------|--------|
| 613 | Dela Cruz | Norberto | |
| 614 | Delmondo | Robert | A |
| 615 | Delmondo | Robert | |
| 616 | Demello | Anthony | G |
| 617 | Demello | Anthony | |
| 618 | Demello | Clarence | |
| 619 | Demello | Ernest | J |
| 620 | Demello | John | |
| 621 | Demello | Robert | F |
| 622 | Demello, Jr. | Clarence | |
| 623 | Demello, Sr. | Harold | |
| 624 | Demmer | Helen | M |
| 625 | Demmer | Helen | MO |
| 626 | Dempsey | Donald | R |
| 627 | Dempsey | Donald | |
| 628 | Denis | Gary | |
| 629 | Denis | Gary | A |
| 630 | Deramos, Sr. | George | |
| 631 | Desaulles | Wallace | W |
| 632 | Desaulles | Wallace | |
| 633 | Desilva | Henry | |
| 634 | Desilva | Phillip | |
| 635 | Dias, III | Raymond | |
| 636 | Dick | Earl | E |
| 637 | Dikito | Domingo | |
| 638 | Dilullo | Anthony | M |
| 639 | Do | Charles | YG |
| 640 | Dolor | Alfredo | |
| 641 | Domingo | Alberto | S |
| 642 | Domingo | Stephen | R |
| 643 | Donahoe | Daniel | M |
| 644 | Donahoe | Daniel | |
| 645 | Dorego | Frank | |
| 646 | Dote | Kenneth | S |

**Name of Debtor:  Arter and Hadden; Case Number 03-23293-rb**
**Proof of Claim - List of Claimants**

| No. | Last Name | First Name | Middle |
|-----|-----------|------------|--------|
| 647 | Dote | Kenneth | |
| 648 | Downie | Abel | L |
| 649 | Downie | Abel | Louis |
| 650 | Duarte | Raymond | |
| 651 | Dubbert | Durward | G |
| 652 | Duh | John | G |
| 653 | Dung | Joseph | KH |
| 654 | Dunlap | Francis | J |
| 655 | Dunn | John | T |
| 656 | Duran | William | B |
| 657 | Duran | William | |
| 658 | Durante | Ernest | H |
| 659 | Durante | Ernest | |
| 660 | Eberly | David | H |
| 661 | Ebora | Theodore | |
| 662 | Edayan | Elias | |
| 663 | Edralin | Jack | F |
| 664 | Edwards | John | |
| 665 | Edwards, Jr. | John | W |
| 666 | Eguchi | Takatoshi | |
| 667 | Elbon | Carl | D |
| 668 | Eli | Dennis | |
| 669 | Eliazar | Gabriel | |
| 670 | Elisary | Manuel | C |
| 671 | Ena | Faaaoga | |
| 672 | Endo | Katsuya | |
| 673 | Enokawa | Melvin | T |
| 674 | Epenesa | Viefu | |
| 675 | Esera | Siolegega | |
| 676 | Esera | Siolosega | T |
| 677 | Espinda | Henry | M |
| 678 | Espinda | Henry | |
| 679 | Espinda | Joseph | |
| 680 | Espinda, Sr. | Joseph | FL |

**Name of Debtor: Arter and Hadden; Case Number 03-23293-rb**
**Proof of Claim - List of Claimants**

| No. | Last Name | First Name | Middle |
|---|---|---|---|
| 681 | Espinosa | Felipe | B |
| 682 | Espinosa | Felipe | |
| 683 | Espinueva | Domingo | G |
| 684 | Espiritu | John | |
| 685 | Esposito, Sr. | John | |
| 686 | Essert | John | VB |
| 687 | Estrella | Herman | R |
| 688 | Estrella | Herman | |
| 689 | Estrella | Theodore | |
| 690 | Estrella, Sr. | Theodore | E |
| 691 | Etuati | Fuavasa | |
| 692 | Faainuinu | Siaki | |
| 693 | Faaola | Lagofaatasi | |
| 694 | Fabrao | Anastacio | C |
| 695 | Fabrigas | Andres | V |
| 696 | Fabrigas | Andres | |
| 697 | Fagaragan | Ulpiano | C |
| 698 | Faria | Lorrin | |
| 699 | Farias | Patrick | P |
| 700 | Farmer | Dorothy | |
| 701 | Farmer | Raymond | S |
| 702 | Farnum | Wayne | H |
| 703 | Farnum | Wayne | |
| 704 | Faufata | Levi | M |
| 705 | Feagai | Laau | |
| 706 | Fears | Paul | L |
| 707 | Fears | Paul | |
| 708 | Felipe | Edward | L |
| 709 | Felipe | Edward | |
| 710 | Felix | Frank | |
| 711 | Felton | Glen | |
| 712 | Fernandes | Howard | J |
| 713 | Fernandez | Howard | |
| 714 | Fernandez | Manuel | |

Name of Debtor:  Arter and Hadden; Case Number 03-23293-rb
Proof of Claim - List of Claimants

| No. | Last Name | First Name | Middle |
|-----|-----------|------------|--------|
| 715 | Ferreira | Harold | C |
| 716 | Ferreira | Harold | |
| 717 | Ferreira | Herman | |
| 718 | Ferreira | Jay | D |
| 719 | Ferreira | Manuel | S |
| 720 | Ferreira, Sr. | Manuel | S |
| 721 | Fial | August | F |
| 722 | Figueroa | Benjamin | |
| 723 | Figueroa | John | C |
| 724 | Figueroa | John | P |
| 725 | Fischer | Carl | |
| 726 | Fisel | Charles | H |
| 727 | Fisher | John | H |
| 728 | Flack | John | Anderson |
| 729 | Flack | John | |
| 730 | Flanary | Charles | L |
| 731 | Fleming | William | A |
| 732 | Florendo | Joseph | |
| 733 | Florendo, Sr. | Joseph | P |
| 734 | Flores | Phillip | F |
| 735 | Flores | Phillip | |
| 736 | Fong | Chee | K |
| 737 | Fong | Chee Kuong | |
| 738 | Fong | Edward | FC |
| 739 | Fong | Edward | |
| 740 | Fong | George | FL |
| 741 | Fong | George | |
| 742 | Fong | Harry | K |
| 743 | Fong | Harry | |
| 744 | Fong | Titus | |
| 745 | Fong | Titus Yun | |
| 746 | Fonoti | Tusifolau | |
| 747 | Fonseca | John | |
| 748 | Fontanilla | Evaristo | B |

**Name of Debtor:  Arter and Hadden; Case Number 03-23293-rb**
**Proof of Claim - List of Claimants**

| No. | Last Name | First Name | Middle |
|-----|-----------|------------|--------|
| 749 | Fontanilla | Evaristo | |
| 750 | Fontanilla | Patricia | A |
| 751 | Fontanilla | Patricia | |
| 752 | Fontanilla | Peter | O |
| 753 | Foo | William | YS |
| 754 | Forges | Abraham | |
| 755 | Foster, Jr. | Robert | G |
| 756 | Francisco | John | F |
| 757 | Fraticelli | Benjamin | |
| 758 | Fraticelli | Charles | M |
| 759 | Frederick | David | L |
| 760 | Frederick | David | |
| 761 | Freimark | James | L |
| 762 | Freitas | Ferdinand | F |
| 763 | Freitas | Ferdinand | |
| 764 | Freitas | Reynold | B |
| 765 | Frias | Jack | S |
| 766 | Fu | Eugene | YL |
| 767 | Fua | Faoato | |
| 768 | Fuchisaki | Noritoshi | |
| 769 | Fujii | Francis | K |
| 770 | Fujii | Richard | S |
| 771 | Fujii | Richard | |
| 772 | Fujimoto | K | |
| 773 | Fujimoto | Kikuo | |
| 774 | Fujioka | Dennis | A |
| 775 | Fujiwara | Yoji | |
| 776 | Fukada | Keichi | |
| 777 | Fukuda | Keichi | |
| 778 | Fukuhara | Minoru | |
| 779 | Fukumoto | Alvin | M |
| 780 | Fukumoto | Kazuo | |
| 781 | Fuller, Sr. | Harold | L |
| 782 | Fung | Joseph | KS |

**Name of Debtor:  Arter and Hadden; Case Number 03-23293-rb**
**Proof of Claim - List of Claimants**

| No. | Last Name | First Name | Middle |
|-----|-----------|-----------|--------|
| 783 | Funn | Adolf | |
| 784 | Funn | Adolph | |
| 785 | Furtado | Herbert | J |
| 786 | Furtado | Herbert | |
| 787 | Gabalis | Aurelio | |
| 788 | Gabriel | Isidoro | E |
| 789 | Gabriel | Isidoro | |
| 790 | Gabriel | Ronald | |
| 791 | Gacutan | John | C |
| 792 | Gale | Joseph | G |
| 793 | Galera | Gilbert | |
| 794 | Galios | Emilio | |
| 795 | Galius | Guillermo | |
| 796 | Gallano | David | |
| 797 | Gallano, Sr. | David | N |
| 798 | Gallarde | Gerado | B |
| 799 | Gallarde | Gerado | |
| 800 | Gallarde | Paul | B |
| 801 | Galvez | Sergio | |
| 802 | Gamurot | Mariano | |
| 803 | Ganhinhin | Richard | |
| 804 | Ganhinhin | Richard | A |
| 805 | Ganitano | Alejandre | A |
| 806 | Garcia | Amando | |
| 807 | Garcia | Edward | |
| 808 | Garcia | Jack | A |
| 809 | Garcia | Jack | |
| 810 | Garcia, Sr. | Amando | C |
| 811 | Gardner | Jerry | |
| 812 | Gascon | James | BV |
| 813 | Gascon | James | |
| 814 | Gaspar | Sulficio | |
| 815 | Geiger | William | E |
| 816 | Geiger | William | |

**Name of Debtor:  Arter and Hadden; Case Number 03-23293-rb**
**Proof of Claim - List of Claimants**

| No. | Last Name | First Name | Middle |
|-----|-----------|------------|--------|
| 817 | Gersaba | Alphonso | |
| 818 | Gibson | John | |
| 819 | Gilding | Alexander | |
| 820 | Gillis | John | J |
| 821 | Gilmore | Earl | |
| 822 | Gionson | Bill | R |
| 823 | Glaser | Wallace | D |
| 824 | Goeas | Lawrence | |
| 825 | Goings | George | A |
| 826 | Gomes | Antone | |
| 827 | Gomes | Herman | H |
| 828 | Gomes | Howard | D |
| 829 | Gomes | Joseph | |
| 830 | Gomes | Joseph | L |
| 831 | Gomes | Raymond | B |
| 832 | Gomes, Jr. | John | C |
| 833 | Gomez | Constantino | P |
| 834 | Gomez | Constantino | |
| 835 | Gomez, Sr. | Cressencio | |
| 836 | Gonsalves | Anthony | S |
| 837 | Gonsalves | Anthony | |
| 838 | Gonsalves | Frank | Albert |
| 839 | Gonsalves | Frank | |
| 840 | Gonsalves | John | |
| 841 | Gonsalves | John | Leboy |
| 842 | Gonsalves | Michael | P |
| 843 | Goo | Donald | HEP |
| 844 | Goo | Donald | |
| 845 | Goo | George | TF |
| 846 | Gorman | David | |
| 847 | Gorman | David | F |
| 848 | Gorospe | Benedicto | |
| 849 | Gorospe | Benedicto | A |
| 850 | Gosiaco | Jose | M |

**Name of Debtor:  Arter and Hadden; Case Number 03-23293-rb**
**Proof of Claim - List of Claimants**

| No. | Last Name | First Name | Middle |
|-----|-----------|------------|--------|
| 851 | Gosiaco | Jose | |
| 852 | Gouveia | Albert | |
| 853 | Greene, Sr. | James | R |
| 854 | Grondahl, Jr. | William | H |
| 855 | Grunik | Lawrence | J |
| 856 | Guba | Hilario | A |
| 857 | Guba | Hilario | |
| 858 | Guerrero | Antone | R |
| 859 | Guerrero | Antone | |
| 860 | Guerrero | Mildred | M |
| 861 | Guerrero, Jr. | Benjamin | |
| 862 | Gumapac, Sr. | Charles | C |
| 863 | Gushiken | Kinichi | |
| 864 | Guzman | Francisco | B |
| 865 | Guzman | Francisco | |
| 866 | Hahn | Samuel | D |
| 867 | Haia | George | K |
| 868 | Haia | William | M |
| 869 | Haia | William | Mahoe |
| 870 | Haitsuka | Harry | |
| 871 | Hale | Kenneth | L |
| 872 | Hale | Kenneth | |
| 873 | Halemanu | J | |
| 874 | Halemanu | Joseph | |
| 875 | Halemanu | Solomon | O |
| 876 | Hamura | Shirley | A |
| 877 | Han | William | |
| 878 | Hanan | Martin | |
| 879 | Handey | Charles | |
| 880 | Handley | Charles | K |
| 881 | Hanohano | Charles | M |
| 882 | Hanohano | Moses | |
| 883 | Hao, Sr. | Stephen | K |
| 884 | Harada | Richard | I |

**Name of Debtor:  Arter and Hadden; Case Number 03-23293-rb**
**Proof of Claim - List of Claimants**

| No. | Last Name | First Name | Middle |
|-----|-----------|------------|--------|
| 885 | Harada | Richard | |
| 886 | Harmon | Donald | |
| 887 | Harmon, Jr. | Donald | J |
| 888 | Harrington, Jr. | Fred | D |
| 889 | Harris | Robert | M |
| 890 | Harris | Robert | Miller |
| 891 | Hart | Joseph | K |
| 892 | Hartbarger | John | |
| 893 | Hashimoto | Sidney | |
| 894 | Hatakeyama | Roy | S |
| 895 | Hatanaka | Edwin | |
| 896 | Hataye | William | S |
| 897 | Hatchett | George | L |
| 898 | Hatchie | Joseph | K |
| 899 | Hatchie | Joseph | |
| 900 | Haupt | Boyd | |
| 901 | Hayasaka | Ernest | M |
| 902 | Hayashida | Masao | R |
| 903 | Hayashida | Tadashi | |
| 904 | Hayashida | Tadishi | |
| 905 | Hayata | Benjamin | T |
| 906 | Hayata | Benjamin | |
| 907 | Hayeshida | Masao | |
| 908 | Head | Dale | |
| 909 | Hee | Benjamin | SK |
| 910 | Hee | Benjamin | |
| 911 | Hee | George | T |
| 912 | Hee | George | TF |
| 913 | Hee | Harry | TY |
| 914 | Hee | Richard | IS |
| 915 | Hee | Tim | |
| 916 | Hee | Tim Choy | |
| 917 | Hendricks | Richard | |
| 918 | Hense | Eugene | H |

**Name of Debtor:  Arter and Hadden; Case Number 03-23293-rb**
**Proof of Claim - List of Claimants**

| No. | Last Name | First Name | Middle |
|-----|-----------|------------|--------|
| 919 | Hentacutan | Sergio | |
| 920 | Hernandez | Acquillo | |
| 921 | Hernandez | Aquilio | |
| 922 | Heu | Benjamin | KB |
| 923 | Heu | Benjamin | |
| 924 | Hew-Len | Philip | C |
| 925 | Hew-Len | Philip | |
| 926 | Hew-Len | Robert | |
| 927 | Hew-Len, Sr. | Robert | K |
| 928 | Higa | Steve | S |
| 929 | Higa | Steve | |
| 930 | Higa | Tomikichi | |
| 931 | Higuchi | David | Y |
| 932 | Higuchi | Shoji | |
| 933 | Hironaka | Robert | |
| 934 | Hisamura | Gary | S |
| 935 | Hiyakumoto | Larry | M |
| 936 | Ho | Alice | F |
| 937 | Ho | Charles | L. |
| 938 | Ho | Franklin | |
| 939 | Ho | Franklin | W |
| 940 | Ho | Harold | WS |
| 941 | Ho | Harold | |
| 942 | Ho | Henry | MH |
| 943 | Ho | Howard | K |
| 944 | Ho | Howard | KE |
| 945 | Ho | Moses | KK |
| 946 | Ho | Moses | |
| 947 | Ho | Raymond | |
| 948 | Ho | Richard | Y |
| 949 | Ho | Richard | YK |
| 950 | Ho | Roger | S |
| 951 | Ho | Roger | |
| 952 | Ho | Samuel | MS |

Name of Debtor:  Arter and Hadden; Case Number 03-23293-rb
Proof of Claim - List of Claimants

| No. | Last Name | First Name | Middle |
|-----|-----------|------------|--------|
| 953 | Ho | Samuel | |
| 954 | Ho | Stanley | |
| 955 | Ho | Theodore | SL |
| 956 | Ho | Theodore | |
| 957 | Ho | Tim | |
| 958 | Ho | Tin Mun | |
| 959 | Ho | Tommy | TK |
| 960 | Ho | Yuk Sim | |
| 961 | Hochgeschurz | Henry | |
| 962 | Hogue | Eugene | F |
| 963 | Hogue | Josephine | |
| 964 | Holi, Jr. | John | |
| 965 | Holmberg, Jr. | Peter | |
| 966 | Honan | Michael | C |
| 967 | Hong | Albert | |
| 968 | Hong | Harold | LS |
| 969 | Hong | Harold | |
| 970 | Hong | Lawrence | WB |
| 971 | Hong | Lawrence | |
| 972 | Honig | Marvin | |
| 973 | Hoo | Robert | BC |
| 974 | Hook | Wilfred | L |
| 975 | Hook | Wilfred | |
| 976 | Hoopai, Sr. | Joseph | N |
| 977 | Hope | Henry | C |
| 978 | Hope | Henry | |
| 979 | Hopkins | Theodore | K |
| 980 | Horie | Larry | H |
| 981 | Horner | Alexander | R |
| 982 | Horner | Alexander | |
| 983 | Horner, III | Stacy | L |
| 984 | Hosaka | Kenneth | H |
| 985 | Hose | Rogers | |
| 986 | Hoshino | Clark | S |

**Name of Debtor:  Arter and Hadden; Case Number 03-23293-rb**
**Proof of Claim - List of Claimants**

| No. | Last Name | First Name | Middle |
|-----|-----------|------------|--------|
| 987 | Hoshino | Clark | |
| 988 | Hoshino | Harold | T |
| 989 | Hoshino | Harold | Takao |
| 990 | Hosino | John | S |
| 991 | Howard | James | Robert |
| 992 | Howard | James | |
| 993 | Hubbard | Bobby | Joe |
| 994 | Hue | Raymond | |
| 995 | Hung | Raymond | KF |
| 996 | Ichiyama | Gordon | M |
| 997 | Ichiyama | Gordon | |
| 998 | Idica | Rogelio | C |
| 999 | Ignacio | Valerico | A |
| 1000 | Ijames | William | D |
| 1001 | Ikeda | Arnold | Y |
| 1002 | Ikeno | James | K |
| 1003 | Inafuku | Walter | H |
| 1004 | Inciong | Perfecto | S |
| 1005 | Inciong | Sergia | R |
| 1006 | Inenaga | Yukio | |
| 1007 | Infiesto | James | S |
| 1008 | Inouye | Kenneth | T |
| 1009 | Inouye | Robert | H |
| 1010 | Inouye | Robert | |
| 1011 | Ioelu | Paniani | |
| 1012 | Iokua | Jonah | J |
| 1013 | Irei | Joei | |
| 1014 | Irvine | Clinton | M |
| 1015 | Isara | Raymond | S |
| 1016 | Ishigami | Walter | |
| 1017 | Ishigami | Walter | S |
| 1018 | Ishiguro | Fusa | O |
| 1019 | Ishiguro | Fusao | |
| 1020 | Ishii | Haruaki | |

Name of Debtor: Arter and Hadden; Case Number 03-23293-rb
Proof of Claim - List of Claimants

| No. | Last Name | First Name | Middle |
|------|--------------|------------|--------|
| 1021 | Ishii | Yoshio | |
| 1022 | Ito | Akira | |
| 1023 | Ito | Kaichi | |
| 1024 | Iwai | Yoshio | |
| 1025 | Iwami | Koreki | |
| 1026 | Izumi | Makoto | |
| 1027 | Jacinto | Delfino | A |
| 1028 | Jacinto | Delfino | |
| 1029 | Jaictin | David | |
| 1030 | James | Donald | |
| 1031 | Jaques | Renard | F |
| 1032 | Jaspe | Cornelio | H |
| 1033 | Jaspe | Cornelio | |
| 1034 | Jensen | Stanley | |
| 1035 | Jim | Michey | |
| 1036 | Jim | Mickey | SG |
| 1037 | Johansen, Sr. | William | M |
| 1038 | Johnson | Edward | P |
| 1039 | Johnson | Ray | A |
| 1040 | Johnston | Warren | L |
| 1041 | Jones | Don | P |
| 1042 | Jones | Francis | K |
| 1043 | Jones | Richard | H |
| 1044 | Jones | Walter | A |
| 1045 | Jones | Willie | |
| 1046 | Juan | Alejandro | M |
| 1047 | Juan | Alejandro | |
| 1048 | Juanillo | Sofranio | |
| 1049 | Juanillo | Sofronio | V |
| 1050 | Juarez | Gabriel | |
| 1051 | Judd | Raymond | |
| 1052 | Judd, Jr. | Alexander | |
| 1053 | Judd, Jr. | Raymond | M |
| 1054 | Judd, Sr. | Alexander | R |

**Name of Debtor: Arter and Hadden; Case Number 03-23293-rb**
**Proof of Claim - List of Claimants**

| No. | Last Name | First Name | Middle |
|------|-----------------|------------|---------|
| 1055 | Juen | Ah | K |
| 1056 | Jung | Richard | KF |
| 1057 | Jung | Richard | |
| 1058 | Kaahea, Jr. | Michael | K |
| 1059 | Kaahea, Jr. | Michael | |
| 1060 | Kaaihue | Francis | K |
| 1061 | Kaanapu | James | K |
| 1062 | Kaanapu | James | |
| 1063 | Kaauwai, III | Daniel | K |
| 1064 | Kaawaloa | Austin | |
| 1065 | Kaawaloa | Larry | L |
| 1066 | Kaawaloa, Sr. | Austin | |
| 1067 | Kagami | Edwin | S |
| 1068 | Kahalewai | Arthur | W |
| 1069 | Kahalewai | Arthur | |
| 1070 | Kahihikolo | Joseph | |
| 1071 | Kahihikolo | Joseph | K |
| 1072 | Kahoonei | Louis | M |
| 1073 | Kahoonei | Louis | |
| 1074 | Kai | George | K |
| 1075 | Kai | George | |
| 1076 | Kaili | John | E |
| 1077 | Kailihiwa | Alfred | K |
| 1078 | Kailihiwa | William | M |
| 1079 | Kaipo | Peter | S |
| 1080 | Kaiu | David | K |
| 1081 | Kaiu | Isaac | |
| 1082 | Kaiu | Lillian | D |
| 1083 | Kalahele | Albert | K |
| 1084 | Kalahiki | Lawrence | |
| 1085 | Kalahiki, Sr. | Lawrence | M |
| 1086 | Kalani | Larry | Michael |
| 1087 | Kaleikini, Jr. | John | K |
| 1088 | Kaleikini, Sr. | Daniel | |

**Name of Debtor:  Arter and Hadden; Case Number 03-23293-rb**
**Proof of Claim - List of Claimants**

| No. | Last Name | First Name | Middle |
|-----|-----------|------------|--------|
| 1089 | Kaleikini, Sr. | John | K |
| 1090 | Kaleohano | Jerry | |
| 1091 | Kalilikane | Samuel | |
| 1092 | Kam | Albert | |
| 1093 | Kam | Dorothy | G |
| 1094 | Kam | Harold | L |
| 1095 | Kam | Howard | TY |
| 1096 | Kam | Howard | |
| 1097 | Kam | Kenneth | WH |
| 1098 | Kam | Lin Kui | |
| 1099 | Kam | Ngork | |
| 1100 | Kam | Ngork Hin | |
| 1101 | Kam | Raymond | TS |
| 1102 | Kam | Raymond | |
| 1103 | Kam | Robert | T |
| 1104 | Kam | Theodore | YC |
| 1105 | Kam | William | SC |
| 1106 | Kamae | Alexander | A |
| 1107 | Kamae | Alexander | |
| 1108 | Kamaka, Jr. | David | |
| 1109 | Kamakeeaina, Jr. | Herbert | A |
| 1110 | Kamakele | Clayton | K |
| 1111 | Kamakele | Jeremiah | |
| 1112 | Kamakele | Jeremiah | K |
| 1113 | Kamakele, III | John | |
| 1114 | Kamimura | Earl | T |
| 1115 | Kamimura | Fred | |
| 1116 | Kamimura | Frederick | S |
| 1117 | Kanaeholo, Jr. | Lawrence | A |
| 1118 | Kanai | Fred | T |
| 1119 | Kane | Raymond | K |
| 1120 | Kane | Raymond | |
| 1121 | Kaneaholo | Lawrence | |
| 1122 | Kanehailua | Alexander | |

Name of Debtor:  Arter and Hadden; Case Number 03-23293-rb
Proof of Claim - List of Claimants

| No. | Last Name | First Name | Middle |
|------|-----------|-----------|--------|
| 1123 | Kanehoa | Hairy | |
| 1124 | Kanekoa | Harry | HC |
| 1125 | Kanemori | Paul | H |
| 1126 | Kanemori | Paul | |
| 1127 | Kanemoto | Kenzo | |
| 1128 | Kaneshige | Thomas | H |
| 1129 | Kaneshige | Yutaka | |
| 1130 | Kaneshige | Yutaka | |
| 1131 | Kaneshiro | Edward | |
| 1132 | Kaneshiro | Isamu | |
| 1133 | Kaneshiro | Seichi | |
| 1134 | Kang | Felix | A |
| 1135 | Kang | Joseph | SK |
| 1136 | Kang | Joseph | |
| 1137 | Kang | Peter | SM |
| 1138 | Kang | Peter | |
| 1139 | Kang | Robert | J |
| 1140 | Kang | Robert | JY |
| 1141 | Kangas | Wayne | A |
| 1142 | Kanoho, Jr. | Richard | |
| 1143 | Kaowili | Lawrence | P |
| 1144 | Karpinski | Alexander | JJ |
| 1145 | Karpinski | Alexander | |
| 1146 | Karr | Francis | E |
| 1147 | Karr | Francis | Eugene |
| 1148 | Kashigi | Matsuo | |
| 1149 | Kashigi | Mitsuo | |
| 1150 | Kashimoto | Satoshi | |
| 1151 | Kashiwagi | Masayoshi | |
| 1152 | Katina | Malouamaua | F |
| 1153 | Kau | Joshua | F |
| 1154 | Kau | Joshua | |
| 1155 | Kau | Leon | K |
| 1156 | Kau | Leon | Kam |

**Name of Debtor:  Arter and Hadden; Case Number 03-23293-rb**
**Proof of Claim - List of Claimants**

| No. | Last Name | First Name | Middle |
|-----|-----------|------------|--------|
| 1157 | Kau | Solomon | FK |
| 1158 | Kau | Stanley | |
| 1159 | Kaufmann | Jack | |
| 1160 | Kauhane, Sr. | Rawlins | O |
| 1161 | Kauhane, Sr. | Rawlins | |
| 1162 | Kauhola | Llewellyn | |
| 1163 | Kauhola, Sr. | Llewellyn | K |
| 1164 | Kauwale, Jr. | Joseph | |
| 1165 | Kawainiu | Samuel | |
| 1166 | Kawainui | Samuel | |
| 1167 | Kawamoto | Richard | |
| 1168 | Kawamura | Hoboru | N |
| 1169 | Kawamura | Mitsuki | |
| 1170 | Kawamura | Noboru | |
| 1171 | Kawasugi | James | |
| 1172 | Kay | William | |
| 1173 | Kay, Jr. | William | T |
| 1174 | Kaylor | Joseph | F |
| 1175 | Kealoha | Solomon | N |
| 1176 | Kealoha | Solomon | |
| 1177 | Kealohi | Peter | V |
| 1178 | Keawe | Solomon | |
| 1179 | Keiki | James | |
| 1180 | Keiki, Jr. | James | |
| 1181 | Kekaula | Hanson | M |
| 1182 | Kelii | George | J |
| 1183 | Keliinoi | Alfred | |
| 1184 | Keliinoi | Alfred | M |
| 1185 | Kelley | Samuel | Kaehu |
| 1186 | Kelley | Samuel | |
| 1187 | Kelly | Lawrence | J |
| 1188 | Kelly | Lawrence | James |
| 1189 | Kelly, Sr. | John | M |
| 1190 | Keohokapu, Jr. | Joseph | K |