IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| IN RE: | ) | CASE NOS. CV03-00325 REJ LEK |
| HAWAII FEDERAL ASBESTOS CASES | ) | CV03-00326 REJ KSC |
| | ) | |
| LORENZO BACLAAN and NAOMI BACLAAN, et al., | ) | **DECLARATION OF COUNSEL** |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| COMBUSTION ENGINEERING, INC., a Delaware corporation, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| IN RE: | ) | |
| HAWAII FEDERAL ASBESTOS CASES | ) | |
| | ) | |
| GEORGE H. TORO and VIVIAN TORO, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| COMBUSTION ENGINEERING, INC., a Delaware corporation,et al., | ) | |
| | ) | |
| Defendants. | ) | |

## DECLARATION OF COUNSEL

I, L. Richard DeRobertis, hereby declare pursuant to Circuit Rule 7(g), Rules of the Circuit Court of the State of Hawaii, as follows:

1. My name is L. Richard DeRobertis, and I am competent to testify and I have personal knowledge of the following facts, unless otherwise indicated.

2

    2.     I am an attorney with Galiher DeRobertis Ono, counsel for Plaintiffs in the above-entitled lawsuit.

    3.     Attached hereto and marked as Exhibit A is a true and correct copy of the Stipulation Regarding Trustee's First Omnibus Objection to Claims.

    4.     Attached hereto and marked as Exhibit B is a true and correct copy of the Trustee's First Omnibus Objection to Claims.

    5.     Attached hereto and marked as Exhibit C is a true and correct copy of 2001 "Minidom Policy" No. 1015-00.

    6.     Attached hereto and marked as Exhibit D is a true and correct copy of documents obtained from the Internet regarding Columbia Casualty Co.

    7.     Attached hereto and marked as Exhibit E is a true and correct copy of documents obtained from the Internet regarding Nutmeg Insurance Co.

    8.     Attached hereto and marked as Exhibit F is a true and correct copy of documents obtained from the Internet regarding St. Paul Surplus Lines Insurance Co.

    I declare under penalty of perjury that the foregoing is true and correct. Executed this 10th day of February, 2006.

                                      /s/ L. Richard DeRobertis  
                                      L. RICHARD DeROBERTIS