Of Counsel:
GALIHER DeROBERTIS ONO
Law Corporations

| | |
|---|---|
| GARY O. GALIHER | 2008 |
| L. RICHARD DeROBERTIS | 3179 |
| JEFFREY T. ONO | 2763 |

610 Ward Avenue, Suite 200
Honolulu, Hawaii  96814-3308
Telephone:  (808) 597-1400
Facsimile:   (808) 591-2608

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| IN RE:<br>HAWAII FEDERAL ASBESTOS CASES<br><br>LORENZO BACLAAN and NAOMI BACLAAN, et al.,<br><br>        Plaintiffs,<br>  vs.<br><br>COMBUSTION ENGINEERING, INC., a Delaware corporation; et al.,<br><br>        Defendants. | CASE NOS.  CV03-00325 REJ LEK<br>                     CV03-00326 REJ KSC<br><br>**CERTIFICATE OF SERVICE** |
| IN RE:<br>HAWAII FEDERAL ASBESTOS CASES<br><br>GEORGE H. TORO and VIVIAN TORO, et al.,<br><br>        Plaintiffs,<br>  vs.<br><br>COMBUSTION ENGINEERING, INC., a Delaware coporation, et al.,<br><br>        Defendants. | |

**CERTIFICATE OF SERVICE**

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known address:

Served Electronically through CM/ECF on February 10, 2006:

Theodore D.C. Young
tyoung@cades.com
ATTORNEY FOR THE TRAVELERS INSURANCE COMPANY
AND THE TRAVELERS INDEMNITY COMPANY

Leighton M. Hara
lhara@robbinsandassociates.net
ATTORNEY FOR DEFENDANTS ARTER & HADDEN, LLP
AND ROBERT B. PRESTON, an Individual

Wendy M. Yamamoto
wyamamoto@robbinsandassociates.net
ATTORNEYS FOR DEFENDANTS ARTER & HADDEN, LLP
AND ROBERT B. PRESTON, an Individual

Served by First Class Mail on February 10, 2006:

Jeffrey S. Portnoy
Cades Schutte
1000 Bishop Street, Suite 1200
Honolulu, HI 96813
ATTORNEY FOR THE TRAVELERS INSURANCE COMPANY
AND THE TRAVELERS INDEMNITY COMPANY

Andrew T. Frankel
Barry R. Ostrager
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017
ATTORNEYS FOR THE TRAVELERS INSURANCE COMPANY
AND THE TRAVELERS INDEMNITY COMPANY

Chet A. Kronenberg
Simpson Thacher & Bartlett LLP
10 Universal City Plaza, Suite 1850
Los Angeles, CA 91608
ATTORNEY FOR THE TRAVELERS INSURANCE COMPANY
AND THE TRAVELERS INDEMNITY COMPANY

Deborah L. Stein
Simpson Thacher & Bartlett LLP
1999 Avenue of the Stars, 29th Floor
Los Angeles, CA 90067-4607
ATTORNEY FOR THE TRAVELERS INSURANCE COMPANY
AND THE TRAVELERS INDEMNITY COMPANY

Kenneth S. Robbins
Charla J. Ota
Robbins & Associates
841 Bishop Street, Suite 2200
Honolulu, HI 96813
ATTORNEYS FOR DEFENDANTS ARTER & HADDEN, LLP
AND ROBERT B. PRESTON, an Individual

Peter C.P. Char
Char Hamilton Campbell & Thom
Pacific Guardian Center Mauka Tower
737 Bishop Street, Suite 2100
Honolulu, HI 96813
ATTORNEY FOR DEFENDANT JOHN P. BRETT

Sidney K. Ayabe
Ann H. Aratani
Ayabe Chong Nishimoto Sia & Nakamura
Pauahi Tower
1001 Bishop Street, Suite 2500
Honolulu, HI 96813
ATTORNEYS FOR DEFENDANT PETER C.P. CHAR

Robert S. Bernstein
Suite 2200, Gulf Tower
Pittsburgh, PA 15219
SPECIAL COUNSEL FOR TRUSTEE

Thomas D. Thomas
3000 Ocean Park Blvd., Suite 1010
Santa Monica, CA 90405
ATTORNEY FOR CERTAIN CLASS ACTION MEMBERS

Mendes & Mount, LLP
750 Seventh Avenue
New York, NY 10019
ATTORNEYS FOR CERTAIN UNDERWRITERS
OF "MINIDOM INSURERS"

4

DATED: Honolulu, Hawaii, February 10, 2006.

             /s/ L. Richard DeRobertis
           GARY O. GALIHER
           L. RICHARD DeROBERTIS
           JEFFREY T. ONO
           Attorneys for Plaintiffs