IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| IN RE: ) | CASE NOS. CV03-00325 REJ LEK |
| HAWAII FEDERAL ASBESTOS ) | CV03-00326 REJ KSC |
| CASES ) | |
| ) | |
| LORENZO BACLAAN and NAOMI ) | |
| BACLAAN, et al., ) | DECLARATION OF COUNSEL |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | |
| ) | |
| COMBUSTION ENGINEERING, ) | |
| INC., a Delaware corporation; et al., ) | |
| ) | |
| Defendants. ) | |
| IN RE: ) | |
| HAWAII FEDERAL ASBESTOS ) | |
| CASES ) | |
| ) | |
| GEORGE H. TORO and VIVIAN ) | |
| TORO, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | |
| ) | |
| COMBUSTION ENGINEERING, ) | |
| INC., a Delaware corporation, et al., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

DECLARATION OF L. RICHARD DEROBERTIS

L. Richard DeRobertis, hereby declares, pursuant to 28 U.S.C. § 1746, as follows:

1.  When the instant complaint was filed Plaintiffs' law firm was named Galiher DeRobertis Nakamura Ono Takatani, Law Corporations. As was our usual practice, Derek S. Nakamura and Anthony Takatani were listed as counsel.

2.  Effective November 1, 2004, Derek S. Nakamura and Anthony Takatani withdrew from this law firm and resumed practice on their own. Thus, effective November 1, 2004 the name of this law firm was changed from Galiher DeRobertis Nakamura Ono Takatani, Law Corporations to Galiher DeRobertis Ono, Law Corporations.

3.  Therefore, for the convenience of the Court and the parties both Derek S. Nakamura and Anthony Takatani should be taken off of the electronic service list (CM/ECF) and the Court's records should reflect the current name of Plaintiffs' law firm, to wit: Galiher DeRobertis Ono, Law Corporations.

EXECUTED UNDER PENALTY OF PERJURY THIS 15th day of March, 2006.

                                              /s/ L. Richard DeRobertis
                                              L. RICHARD DeROBERTIS