IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| IN RE: ) | CIVIL NO. CV03-00326 REJ KSC |
| HAWAII STATE ASBESTOS ) | |
| CASES ) | |
| ) | DECLARATION OF LEIGHTON M. |
| GEORGE H. TORO and VIVIAN ) | HARA |
| TORO; ) | |
| ) | |
| ZEKE H. SAKURAI and MASAE ) | |
| SAKURAI; ) | |
| ) | TRIAL: NOT YET SCHEDULED |
| LOLITA F. APO, individually and as ) | JUDGE: ROBERT E. JONES |
| Special Administrator of the Estate of ) |    Chief U.S. District |
| JOHN K. APO, deceased; ) |      Judge |
| ) | |
| VIOLET MAII, individually and as ) | |
| Special Administrator of the Estate of ) | |
| SAMUEL K. MAII, deceased; ) | |
| ) | |
|         Plaintiffs, ) | |
| ) | |
| vs. ) | |
| ) | |
| 1) COMBUSTION ENGINEERING, ) | |
| INC., a Delaware corporation; ) | |
| ) | |
| 2) ABB, LTD., a foreign corporation, as ) | |
| Successor-in-Interest to COMBUSTION ) | |
| ENGINEERING, INC., a Delaware ) | |
| corporation; ) | |
| ) | |
| 3) ASEA BROWN BOVERI, LTD., a ) | |
| foreign corporation, as Successor-in- ) | |
| Interest to COMBUSTION ) | |
| ENGINEERING, INC., a Delaware ) | |
| corporation; ) | |

| | |
|---|---|
| 4) ASEA BROWN BOVERI, INC., a Delaware corporation, as Successor-in-Interest to COMBUSTION ENGINEERING, INC., a Delaware corporation; | ) ) ) ) ) ) ) ) |
| 5) TRAVELERS INSURANCE COMPANY, a Connecticut corporation; | ) ) ) |
| 6) TRAVELERS INDEMNITY COMPANY, a Connecticut corporation; | ) ) ) |
| 7) ARTER & HADDEN, LLP; | ) ) |
| 8) ROBERT B. PRESTON, an individual; | ) ) ) |
| 9) FRANK T. CHRISTENSON, an individual; | ) ) ) |
| 10) CONNECTICUT VALLEY CLAIMS SERVICES COMPANY, INC., a Delaware corporation; | ) ) ) ) |
| 11) JOHN P. BRETT, an individual; | ) ) |
| 12) CHAR HAMILTON CAMPBELL & THOM, Attorneys At Law, A Law Corporation; | ) ) ) ) |
|             Defendants. | ) ) |

## DECLARATION OF LEIGHTON M. HARA

I, LEIGHTON M. HARA, make the following declaration on personal knowledge and am competent to testify to the matters stated therein.

1. I am an attorney licensed to practice in all courts in the state of Hawaii.

2. I make this declaration on personal knowledge of the facts set forth in this declaration and am competent to testify to the matters stated therein.

3. I am one of the attorneys for Defendant ROBERT B. PRESTON, an individual, and Specially Appearing Defendant ARTER & HADDEN ("collectively referred to herein as Defendants").

4. On March 20, 2006, I transmitted the reservation of rights letters from the Insurer for Arter & Hadden and Robert Preston to Plaintiffs' counsel, L. Richard DeRobertis, Esq.

I declare under penalty of law that the foregoing statements are true and correct.

DATED: Honolulu, Hawaii, MAR 22 2006 _____.

_____
LEIGHTON M. HARA

Civil No. CV03-00326 REJ KSC; Toro, et al. v. Combustion Engineering, Inc., et al.; DECLARATION OF LEIGHTON M. HARA