IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| IN RE:<br>HAWAII STATE ASBESTOS<br>CASES | ) CIVIL NO. CV03-00326 REJ KSC<br>)<br>)<br>) CERTIFICATE OF SERVICE |
| GEORGE H. TORO and VIVIAN<br>TORO; | )<br>) |
| ZEKE H. SAKURAI and MASAE<br>SAKURAI; | )<br>) TRIAL: NOT YET SCHEDULED<br>) JUDGE: ROBERT E. JONES |
| LOLITA F. APO, individually and as<br>Special Administrator of the Estate of<br>JOHN K. APO, deceased; | )     Chief U.S. District<br>)       Judge<br>)<br>) |
| VIOLET MAII, individually and as<br>Special Administrator of the Estate of<br>SAMUEL K. MAII, deceased; | )<br>)<br>)<br>) |
| Plaintiffs, | )<br>)<br>) |
| vs. | )<br>) |
| 1) COMBUSTION ENGINEERING,<br>INC., a Delaware corporation; | )<br>)<br>) |
| 2) ABB, LTD., a foreign corporation, as<br>Successor-in-Interest to COMBUSTION<br>ENGINEERING, INC., a Delaware<br>corporation; | )<br>)<br>)<br>)<br>) |
| 3) ASEA BROWN BOVERI, LTD., a<br>foreign corporation, as Successor-in-<br>Interest to COMBUSTION<br>ENGINEERING, INC., a Delaware<br>corporation; | )<br>)<br>)<br>)<br>)<br>) |
| 4) ASEA BROWN BOVERI, INC., a | ) |

Delaware corporation, as Successor-in-     )
Interest to COMBUSTION     )
ENGINEERING, INC., a Delaware     )
corporation;     )
     )
5) TRAVELERS INSURANCE     )
COMPANY, a Connecticut corporation;     )
     )
6) TRAVELERS INDEMNITY     )
COMPANY, a Connecticut corporation;     )
     )
7) ARTER & HADDEN, LLP;     )
     )
8) ROBERT B. PRESTON, an     )
individual;     )
     )
9) FRANK T. CHRISTENSON, an     )
individual;     )
     )
10) CONNECTICUT VALLEY CLAIMS )
SERVICES COMPANY, INC., a     )
Delaware corporation;     )
     )
11) JOHN P. BRETT, an individual;     )
     )
12) CHAR HAMILTON CAMPBELL &  )
THOM, Attorneys At Law, A Law     )
Corporation;     )
     )
                    Defendants.     )
_____     )

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known address:

Served Electronically through CM/ECF:

| | |
|---|---|
| L. RICHARD DeROBERTIS, ESQ.<br>rd@gogaliher.com | March 22, 2006 |
| JEFFREY T. ONO, ESQ.<br>jto@gogaliher.com | March 22, 2006 |
| THEODORE D.C. YOUNG, ESQ.<br>tyoung@cades.com | March 22, 2006 |

Served by First Class Mail:

| | |
|---|---|
| JEFFREY S. PORTNOY, ESQ.<br>Cades Schutte<br>1000 Bishop Street, Suite 1200<br>Honolulu, Hawaii 96813 | March 22, 2006 |
| CHET A. KRONENBERG, ESQ.<br>DEBORAH L. STEIN, ESQ.<br>Simpson Thacher & Bartlett LLP<br>1999 Avenue of the Stars, 29th Floor<br>Los Angeles, California 90067-4607 | March 22, 2006 |
| BARRY R. OSTRAGER, ESQ.<br>ANDREW T. FRANKEL, ESQ.<br>Simpson Thacher & Bartlett LLP<br>425 Lexington Avenue<br>New York, New York 10017-3954 | March 22, 2006 |

DATED:  Honolulu, Hawaii, March 22, 2006.


/s/ Kenneth S. Robbins
KENNETH S. ROBBINS
LEIGHTON M. HARA
WENDY M. YAMAMOTO

Attorneys for Defendant
ROBERT B. PRESTON, AN INDIVIDUAL
and

Specially Appearing for
Defendant ARTER & HADDEN, LLP


Civil No. CV03-00326 REJ KSC; Toro, et al. v. Combustion Engineering, Inc., et al.;
CERTIFICATE OF SERVICE (RE: DEFENDANT ROBERT B. PRESTON, AN
INDIVIDUAL'S, AND ARTER & HADDEN'S CONDITIONAL STATEMENT OF
NO POSITION REGARDING PLAINTIFFS' MOTION TO (1) APPROVE
ENTERING INTO STIPULATION WITH TRUSTEE IN THE ARTER &
HADDEN LLP CHAPTER 7 BANKRUPTCY, AND (2) ISSUE AN ORDER TO
SHOW CAUSE TO THE "MINIDOM INSURERS", FILED FEBRUARY 10, 2006)