Of Counsel:
GALIHER DeROBERTIS ONO
Law Corporations

| | |
|---|---|
| GARY O. GALIHER | 2008 |
| L. RICHARD DeROBERTIS | 3179 |
| JEFFREY T. ONO | 2763 |

610 Ward Avenue, Suite 200
Honolulu, Hawaii  96814-3308
Telephone:  (808) 597-1400
Facsimile:   (808) 591-2608

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| IN RE: <br> HAWAII FEDERAL ASBESTOS CASES <br><br> LORENZO BACLAAN and NAOMI BACLAAN, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> COMBUSTION ENGINEERING, INC., a Delaware corporation; et al., <br><br> Defendants. | CASE NOS. CV03-00325 REJ LEK <br> CV03-00326 REJ KSC <br><br><br><br> PLAINTIFFS' REPLY TO DEFENDANT ROBERT B. PRESTON, AN INDIVIDUAL'S, AND ARTER & HADDEN'S CONDITIONAL STATEMENT OF NO POSITION REGARDING PLAINTIFFS' MOTION TO (1) APPROVE ENTERING INTO STIPULATION WITH TRUSTEE IN THE ARTER & HADDEN LLP CHAPTER 7 BANKRUPTCY, AND (2) ISSUE AN ORDER TO SHOW CAUSE TO THE "MINIDOM INSURERS"; CERTIFICATE OF SERVICE |
| IN RE: <br> HAWAII FEDERAL ASBESTOS CASES <br><br> GEORGE H. TORO and VIVIAN TORO, et al., | |

|                                              |   |
|----------------------------------------------|---|
| Plaintiffs,                                  | ) |
|                                              | ) |
| vs.                                          | ) |
|                                              | ) |
| COMBUSTION ENGINEERING, INC., a Delaware corporation, et al., | ) ) |
|                                              | ) |
| Defendants.                                  | ) |
| _____              | ) |

D:\00862A70\pleading\Baclaan\beh01reply.doc

PLAINTIFFS' REPLY TO DEFENDANT ROBERT B. PRESTON, AN INDIVIDUAL'S, AND ARTER & HADDEN'S CONDITIONAL STATEMENT OF NO POSITION REGARDING PLAINTIFFS' MOTION TO (1) APPROVE ENTERING INTO STIPULATION WITH TRUSTEE IN THE ARTER & HADDEN LLP CHAPTER 7 BANKRUPTCY, AND (2) ISSUE AN ORDER TO SHOW CAUSE TO THE "MINIDOM INSURERS"

Defendant Robert B. Preston and specially appearing Defendant Arter & Hadden have stated that "counsel for Defendant will draft and circulate a stipulation/ agreement to be appropriate parties, setting forth the undisputed coverage applicable to the instant action." If the Minidom Insurers are parties to this stipulation/ agreement and if they have agreed that coverage is at least as extensive as set forth in the "reservation of rights" letters that were transmitted to Plaintiffs' counsel on March 20, 2006 then Plaintiffs would concede that this would render moot an order to show cause. However, in the absence of such a signed representation by the Minidom Insurers, Plaintiffs believe that it would be inappropriate for Plaintiffs to enter into the stipulation with the Bankruptcy Trustee to waive all rights against the debtor (Arter & Hadden LLP) unless the Minidom Insurers represent to Plaintiffs that

they are accepting coverage of these claims except as noted in the reservation of rights letter.

DATED: Honolulu, Hawaii, April 20, 2006.

Respectfully,

/s/ L. Richard DeRobertis
GARY O. GALIHER
L. RICHARD DeROBERTIS
JEFFREY T. ONO
Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| IN RE:<br>HAWAII FEDERAL ASBESTOS CASES | )<br>)<br>)<br>) | CASE NOS. CV03-00325 REJ LEK<br>        CV03-00326 REJ KSC |
| LORENZO BACLAAN and NAOMI BACLAAN, et al., | )<br>) | CERTIFICATE OF SERVICE |
| Plaintiffs, | )<br>)<br>) | |
| vs. | )<br>) | |
| COMBUSTION ENGINEERING, INC., a Delaware corporation; et al., | )<br>)<br>) | |
| Defendants. | ) | |
| IN RE:<br>HAWAII FEDERAL ASBESTOS CASES | )<br>)<br>)<br>) | |
| GEORGE H. TORO and VIVIAN TORO, et al., | )<br>)<br>) | |
| Plaintiffs, | )<br>) | |
| vs. | )<br>) | |
| COMBUSTION ENGINEERING, INC., a Delaware corporation, et al., | )<br>)<br>) | |
| Defendants.<br>_____ | )<br>) | |

## CERTIFICATE OF SERVICE

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known address:

Served Electronically through CM/ECF on April 20, 2006:

Theodore D.C. Young
tyoung@cades.com

Leighton M. Hara
lhara@robbinsandassociates.net

Wendy M. Yamamoto
wyamamoto@robbinsandassociates.net

Served by First Class Mail on April 20, 2006:

Jeffrey S. Portnoy
Cades Schutte
1000 Bishop Street, Suite 1200
Honolulu, HI 96813

Andrew T. Frankel
Barry R. Ostrager
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017

Chet A. Kronenberg
Deborah L. Stein
Simpson Thacher & Bartlett LLP
1999 Avenue of the Stars, 29th Floor
Los Angeles, CA 90067-4607

Kenneth S. Robbins
Charla J. Ota
Robbins & Associates
841 Bishop Street, Suite 2200
Honolulu, HI 96813

Robert S. Bernstein
Suite 2200, Gulf Tower
Pittsburgh, PA 15219

Thomas D. Thomas
Law Office of Thomas D. Thomas
3100 Donald Douglas Loop N, Suite 30-5
Santa Monica, CA 90405

Peter C.P. Char
Char Hamilton Campbell & Thom
Pacific Guardian Center Mauka Tower
737 Bishop Street, Suite 2100
Honolulu, HI 96813

   DATED:  Honolulu, Hawaii, April 20, 2006.


          /s/ L. Richard DeRobertis
         L. RICHARD DeROBERTIS
         Attorneys for Plaintiffs