# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

4/27/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CV03-00326REJ-KSC |
| CASE NAME: | George H. Toro, et al. vs. Combustion Engineering, Inc., et al. |
| ATTYS FOR PLA: | Gary Galiher<br>L. Richard DeRobertis |
| ATTYS FOR DEFT: | Kenneth Robbins<br>Leighton Hara<br>Chet Kronenberg, by phone |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Robert E. Jones | REPORTER: | In Chambers - no record |
| DATE: | 4/27/2006 | TIME: | 10:00-10:20am |

COURT ACTION:  EP: Record of Status Conference.  Parties to notify the Court on progress regarding Stipulation.

Submitted by: Shari Afuso, Courtroom Manager