Of Counsel:
GALIHER DeROBERTIS ONO
Law Corporations

GARY O. GALIHER        2008
L. RICHARD DeROBERTIS    3179
JEFFREY T. ONO     2763
DIANE T. ONO     5590
610 Ward Avenue, Second Floor
Honolulu, Hawai'i 96814-3308
Telephone: (808) 597-1400

Attorneys for Plaintiffs

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF HAWAII

| | |
|---|---|
| IN RE:<br>HAWAII STATE ASBESTOS<br>CASES<br><br>GEORGE H. TORO and VIVIAN<br>TORO;<br><br>ZEKE H. SAKURAI and MASAE<br>SAKURAI;<br><br>LOLITA F. APO, individually and as<br>Special Administrator of the Estate of<br>JOHN K. APO, deceased;<br><br>VIOLET MAII, individually and as<br>Special Administrator of the Estate of<br>SAMUEL K. MAII, deceased;<br><br>           Plaintiffs, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

CIVIL NO. CV03-00326 REJ KSC

STIPULATION RE: INSURANCE
COVERAGE FOR ARTER &
HADDEN, LLP AND ORDER

TRIAL: Not Yet Scheduled
JUDGE: Robert E. Jones
        Chief U.S. District Judge

vs.                                              )
                                                 )
1) COMBUSTION ENGINEERING,                       )
INC., a Delaware corporation;                    )
                                                 )
2) ABB, LTD., a foreign corporation, as          )
Successor-in-Interest to COMBUSTION              )
ENGINEERING, INC., a Delaware                    )
corporation;                                     )
                                                 )
3) ASEA BROWN BOVERI, LTD., a                    )
foreign corporation, as Successor-in-            )
Interest to COMBUSTION                           )
ENGINEERING, INC., a Delaware                    )
corporation;                                     )
                                                 )
4) ASEA BROWN BOVERI, INC., a                    )
Delaware corporation, as Successor-in-           )
Interest to COMBUSTION                           )
ENGINEERING, INC., a Delaware                    )
corporation;                                     )
                                                 )
5) TRAVELERS INSURANCE                           )
COMPANY, a Connecticut corporation;              )
                                                 )
6) TRAVELERS INDEMNITY                           )
COMPANY, a Connecticut corporation;              )
                                                 )
7) ARTER & HADDEN, LLP;                          )
                                                 )
8) ROBERT B. PRESTON, an                         )
individual;                                      )
                                                 )
9) FRANK T. CHRISTENSON, an                      )
individual;                                      )
                                                 )
10) CONNECTICUT VALLEY                           )
CLAIMS SERVICES COMPANY,                         )
INC., a Delaware corporation;                    )
                                                 )

-2-

11) JOHN P. BRETT, an individual;    )
                                           )

12) CHAR HAMILTON CAMPBELL    )
& THOM, Attorneys At Law, A Law    )
Corporation;                            )
                                         )

             Defendants.        )
_____ )

## STIPULATION RE: INSURANCE
## COVERAGE FOR ARTER & HADDEN, LLP

IT IS HEREBY STIPULATED by and among Plaintiffs, Defendants Arter & Hadden, LLP, Marc Gertz, in his capacity as Trustee for Arter & Hadden, LLP, in the Ohio Bankruptcy action, and the "Minidom" Insurers: Columbia Casualty Company, Nutmeg Insurance Company, and St. Paul Surplus Lines Insurance Company, by and through their respective counsel, that the applicable Insurance Policy 1015-00 issued by the Minidom Insurers dated January 9, 2001 (Minidom Policy No. 1015-00) to Arter & Hadden, LLP as an insured, is the policy applicable to the federal asbestos actions entitled <u>Baclaan v. Combustion Engineering, Inc., et al.</u>, CV 03-00325 REJ LEK, and <u>Toro v. Combustion Engineering, Inc., et al.</u>, CV 03-00326 REJ KSC.

The parties to this stipulation further agree that Mendes & Mount sent the following letters: 1) from Mendes & Mount to Frank LaManna, Esq., on behalf of Arter Hadden, LLP dated July 25, 2003, 2) from Mendes & Mount to Robert

Preston, Esq. dated January 27, 2006, and 3) from Mendes & Mount to Robert

Bernstein, Esq., dated March 15, 2006.

Furthermore, by entering into said stipulation, the parties to this

stipulation reserve all rights and remedies available to them by law and are not

waiving their respective positions on coverage. Any party to the instant stipulation

can petition the court at any time to issue a further ruling on applicable coverage

under Minidom Policy No. 1015-00.

DATED: Honolulu, Hawai'i, _____.


_____
GARY O. GALIHER
L. RICHARD DeROBERTIS
JEFFREY T. ONO
Attorneys for Plaintiffs


DATED: Pittsburg, Pennsylvania, _____.

_____
ROBERT S. BERNSTEIN

Special Counsel for Arter & Hadden, LLP,
Ohio Bankruptcy Trustee, Marc Gertz, Esq.


-4-

DATED: _10/10/06_, Ohio, _____.


_____
ROBERT B. PRESTON
Defendant


DATED:  New York, New York, _September 19, 2006_.


_____
ANTHONY P. SPAIN
MICHELLE MAURO BARTHEL

Counsel for "Minidom" Insurers: Columbia
Casualty Company, Nutmeg Insurance
Company, and St. Paul Surplus Lines
Insurance Company


APPROVED AS TO FORM ONLY:


_____
KENNETH S. ROBBINS
CLARISSA Y. MALINAO

Attorneys for Defendant
ROBERT B. PRESTON, an individual and
Specially Appearing for
Defendant ARTER & HADDEN, LLP

-5-

APPROVED AND SO ORDERED:


_____
THE HONORABLE ROBERT E. JONES


Civil No. CV 03-00326 REJ KSC, Toro, et al., v. Combustion Engineering, Inc., et al.; STIPULATION RE: INSURANCE COVERAGE FOR ARTER & HADDEN, LLP AND ORDER