Of Counsel:
GALIHER DeROBERTIS ONO
Law Corporations

| | |
|---|---|
| GARY O. GALIHER | 2008 |
| L. RICHARD DeROBERTIS | 3179 |
| JEFFREY T. ONO | 2763 |
| DIANE T. ONO | 5590 |

610 Ward Avenue, Second Floor
Honolulu, Hawai'i 96814-3308
Telephone: (808) 597-1400

Attorneys for Plaintiffs

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 1 6 2007

at 2 o'clock and 09 min. P M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| IN RE:<br>HAWAII STATE ASBESTOS CASES<br><br>GEORGE H. TORO and VIVIAN TORO;<br><br>ZEKE H. SAKURAI and MASAE SAKURAI;<br><br>LOLITA F. APO, individually and as Special Administrator of the Estate of JOHN K. APO, deceased;<br><br>VIOLET MAII, individually and as Special Administrator of the Estate of SAMUEL K. MAII, deceased;<br><br>        Plaintiffs, | CIVIL NO. CV03-00326 REJ KSC<br><br>STIPULATION RE: INSURANCE COVERAGE FOR ARTER & HADDEN, LLP AND ORDER<br><br><br><br><br>TRIAL: Not Yet Scheduled<br>JUDGE: Robert E. Jones<br>        Chief U.S. District Judge |

|  |  |
|---|---|
| vs. | ) |
|  | ) |
| 1) COMBUSTION ENGINEERING, INC., a Delaware corporation; | ) ) ) |
|  | ) |
| 2) ABB, LTD., a foreign corporation, as Successor-in-Interest to COMBUSTION ENGINEERING, INC., a Delaware corporation; | ) ) ) ) ) |
|  | ) |
| 3) ASEA BROWN BOVERI, LTD., a foreign corporation, as Successor-in-Interest to COMBUSTION ENGINEERING, INC., a Delaware corporation; | ) ) ) ) ) ) |
|  | ) |
| 4) ASEA BROWN BOVERI, INC., a Delaware corporation, as Successor-in-Interest to COMBUSTION ENGINEERING, INC., a Delaware corporation; | ) ) ) ) ) ) |
| 5) TRAVELERS INSURANCE COMPANY, a Connecticut corporation; | ) ) |
|  | ) |
| 6) TRAVELERS INDEMNITY COMPANY, a Connecticut corporation; | ) ) |
|  | ) |
| 7) ARTER & HADDEN, LLP; | ) |
|  | ) |
| 8) ROBERT B. PRESTON, an individual; | ) ) |
|  | ) |
| 9) FRANK T. CHRISTENSON, an individual; | ) ) |
|  | ) |
| 10) CONNECTICUT VALLEY CLAIMS SERVICES COMPANY, INC., a Delaware corporation; | ) ) ) |
|  | ) |

11) JOHN P. BRETT, an individual;    )
                                      )
12) CHAR HAMILTON CAMPBELL            )
& THOM, Attorneys At Law, A Law       )
Corporation;                          )
                                      )
                                      )
          Defendants.                 )
_____   )

## STIPULATION RE: INSURANCE COVERAGE FOR ARTER & HADDEN, LLP

IT IS HEREBY STIPULATED by and among Plaintiffs, Defendants Arter & Hadden, LLP, Marc Gertz, in his capacity as Trustee for Arter & Hadden, LLP, in the Ohio Bankruptcy action, and the "Minidom" Insurers: Columbia Casualty Company, Nutmeg Insurance Company, and St. Paul Surplus Lines Insurance Company, by and through their respective counsel, that the applicable Insurance Policy 1015-00 issued by the Minidom Insurers dated January 9, 2001 (Minidom Policy No. 1015-00) to Arter & Hadden, LLP as an insured, is the policy applicable to the federal asbestos actions entitled <u>Baclaan v. Combustion Engineering, Inc., et al.</u>, CV 03-00325 REJ LEK, and <u>Toro v. Combustion Engineering, Inc., et al.</u>, CV 03-00326 REJ KSC.

The parties to this stipulation further agree that Mendes & Mount sent the following letters: 1) from Mendes & Mount to Frank LaManna, Esq., on behalf of Arter Hadden, LLP dated July 25, 2003, 2) from Mendes & Mount to Robert

Preston, Esq. dated January 27, 2006, and 3) from Mendes & Mount to Robert Bernstein, Esq., dated March 15, 2006.

Furthermore, by entering into said stipulation, the parties to this stipulation reserve all rights and remedies available to them by law and are not waiving their respective positions on coverage. Any party to the instant stipulation can petition the court at any time to issue a further ruling on applicable coverage under Minidom Policy No. 1015-00.

DATED: Honolulu, Hawai'i, _____.


GARY O. GALIHER
L. RICHARD DeROBERTIS
JEFFREY T. ONO
Attorneys for Plaintiffs


DATED: Pittsburg, Pennsylvania, _October 27, 2006_.

_/s/ Robert S. Bernstein_
ROBERT S. BERNSTEIN

Special Counsel for Arter & Hadden, LLP,
Ohio Bankruptcy Trustee, Marc Gertz, Esq.

DATED: 10/18/06, Ohio, _____

_____
ROBERT B. PRESTON
Defendant


DATED: New York, New York, September 19, 2006.

_____
ANTHONY P. SPAIN
MICHELLE MAURO BARTHEL

Counsel for "Minidom" Insurers: Columbia Casualty Company, Nutmeg Insurance Company, and St. Paul Surplus Lines Insurance Company


APPROVED AS TO FORM ONLY:

_____
KENNETH S. ROBBINS
CLARISSA Y. MALINAO

Attorneys for Defendant
ROBERT B. PRESTON, an individual and Specially Appearing for
Defendant ARTER & HADDEN, LLP

APPROVED AND SO ORDERED:

_____
THE HONORABLE ROBERT E. JONES

---

Civil No. CV 03-00326 REJ KSC, Toro, et al., v. Combustion Engineering, Inc., et al.; STIPULATION RE: INSURANCE COVERAGE FOR ARTER & HADDEN, LLP AND ORDER