suggestion of death (preston)

Of Counsel:
ROBBINS & ASSOCIATES
Attorneys at Law
A Law Corporation

KENNETH S. ROBBINS          1000-0
JOHN-ANDERSON L. MEYER  8541-0
SERGIO RUFO                       8211-0
2200 Davies Pacific Center
841 Bishop Street
Honolulu, Hawaii 96813
Telephone: (808) 524-2355
Facsimile: (808) 526-0290
E-mail: defend@robbinsandassociates.net

Attorneys for Defendant
ROBERT B. PRESTON, an individual,
and Specially Appearing for Defendant
ARTER & HADDEN, LLP

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| IN RE: ) | CIVIL NO. CV03-00326 REJ KSC |
| HAWAII STATE ASBESTOS ) | |
| CASES ) | SUGGESTION OF DEATH UPON |
| ) | THE RECORD PURSUANT TO |
| GEORGE H. TORO and VIVIAN ) | FEDERAL RULES OF CIVIL |
| TORO; ) | PROCEDURE, RULE 25(a); |
| ) | CERTIFICATE OF SERVICE |
| ZEKE H. SAKURAI and MASAE ) | |
| SAKURAI; ) | |
| ) | TRIAL: NOT YET SCHEDULED |
| LOLITA F. APO, individually and as ) | JUDGE: ROBERT E. JONES |
| Special Administrator of the Estate of ) |      Chief U.S. District |
| JOHN K. APO, deceased; ) |         Judge |

| | |
|---|---|
| VIOLET MAII, individually and as Special Administrator of the Estate of SAMUEL K. MAII, deceased; | ) ) ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) ) |
| 1) COMBUSTION ENGINEERING, INC., a Delaware corporation; | ) ) ) |
| 2) ABB, LTD., a foreign corporation, as Successor-in-Interest to COMBUSTION ENGINEERING, INC., a Delaware corporation; | ) ) ) ) ) |
| 3) ASEA BROWN BOVERI, LTD., a foreign corporation, as Successor-in-Interest to COMBUSTION ENGINEERING, INC., a Delaware corporation; | ) ) ) ) ) ) |
| 4) ASEA BROWN BOVERI, INC., a Delaware corporation, as Successor-in-Interest to COMBUSTION ENGINEERING, INC., a Delaware corporation; | ) ) ) ) ) ) |
| 5) TRAVELERS INSURANCE COMPANY, a Connecticut corporation; | ) ) ) |
| 6) TRAVELERS INDEMNITY COMPANY, a Connecticut corporation; | ) ) ) |
| 7) ARTER & HADDEN, LLP; | ) ) |
| 8) ROBERT B. PRESTON, an individual; | ) ) ) |

| | |
|---|---|
| 9) FRANK T. CHRISTENSON, an individual; | ) )  ) |
| 10) CONNECTICUT VALLEY CLAIMS SERVICES COMPANY, INC., a Delaware corporation; | ) ) ) ) |
| 11) JOHN P. BRETT, an individual; | ) ) |
| 12) CHAR HAMILTON CAMPBELL & THOM, Attorneys At Law, A Law Corporation; | ) ) ) ) |
| Defendants. _____ | ) ) ) |

SUGGESTION OF DEATH UPON THE RECORD PURSUANT
TO FEDERAL RULES OF CIVIL PROCEDURE, RULE 25(a)

COMES NOW Defendant ROBERT B. PRESTON, an individual, by and through his attorneys, Robbins & Associates, and suggests upon the record pursuant to Federal Rules of Civil Procedure, Rule 25(a), the death of ROBERT B. PRESTON, defendant, during the pendency of this action.

DATED: Honolulu, Hawaii, June 25, 2007.

/s/ Kenneth S. Robbins
KENNETH S. ROBBINS
JOHN-ANDERSON L. MEYER
SERGIO RUFO

Attorneys for Defendant
ROBERT B. PRESTON, an individual,
and Specially Appearing for Defendant
ARTER & HADDEN, LLP